Gonzalo :Murillo, SUI JURIS
c/o #10694-002, Federal Correctional Institution
Post Office Box 3007
1299 Seaside Avenue
Terminal Island, at California 90731
Lawful man, In Propria Persona

RECEIVED

2006 AUG 24  A 9: 18

## IN THE DISTRICT COURT OF THE UNITED STATES

## IN THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES ex rel. Gonzalo Murillo, in esse,
One of the people of California,

        Intervenor/Petitioner,

vs.

UNITED STATES OF AMERICA, A Public Federal Govern
-ment Corporation Doing Business in Alabama, It's
Agents, Agencies, Assignees, Employees, and/or
Instrumentalities,

        Respondents/Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _2:06 cv 765-1D_

JURISDICTIONAL AND CONSTITUTIONAL
CHALLENGES TO THE CONVICTION
AND SENTENCE IN CRIMINAL PROCEED-
ING 00-126-N-ID, UNDER RULE 60
(b)(4), FROM A UNITED STATES DIS
-TRICT COURT, AS BEING VOID ON
THE RECORD

 

**COMES NOW,** Gonzalo :Murillo, in esse, one of the people of California, the

Intervenor, In Propria Persona and Federal Witness hereat, as Authorized Agent and

Attorney in Fact for the Petitioner, GONZALO MURILLO, or any and all deviations or

variations thereof, and moves this Court under Federal Rules of Civil Procedure

(FRCP), Rule 60(b)(4), to vacate a void judgment in criminal proceeding 00-126-N-

ID, held in a UNITED STATES DISTRICT COURT (USDC), as being void on the face of

the record.

### I. INTRODUCTION

## A. JURISDICTIONAL STATEMENT

    1. Under the FRCP, Rule 60(b)(4), Intervenor, Gonzalo :Murillo, in esse,

one of the people of California, ex rel. UNITED STATES OF AMERICA, Authorized

Agent and Attorney in Fact for the Petitioner GONZALO MURILLO, and any and all

derivatives or variations thereof, consent to jurisdiction and constitutional

challenges to criminal proceeding 00-126-N-ID, to be determined by this Court

under the rule of law and not under Equity/Admiralty jurisdiction.

2. The meaning of the UNITED STATES will be adjudged that adjudicated in Hooven & Allison vs. Evatt, 324 U.S. 652, 89 L.Ed. 1252, 65 S.Ct. 870 (1945).

3. The UNITED STATES OF AMERICA, a public federal government corporation, will have the meaning adjudicated in In re Merriam, 107 U.S. 437, 27 L.Ed. 531, 2 S.Ct. 536 (1883).

4. The UNITED STATES DISTRICT COURT (USDC), will have the meaning adjudicated under International Longshoremen's and Warehousemen's Union vs. Juneau Spruce Co., 342 U.S. 237, 96 L.Ed. 275 (1952), wherein the "district court of the United States" describes a Constitutional Court created under Article III and that the UNITED STATES DISTRICT COURT (USDC) is a court created under Article I, with distinct jurisdictional differences.

## B. CERTIFIED INTERESTED PARTIES

1. Gonzalo :Murillo, in esse, One of the people of California, as ex rel. UNITED STATES OF AMERICA, and Authorized Agent and Attorney in Fact for the Petitioner, is the Intervenor, In Propria Persona, Lawful man and Federal Witness hereat, was at all times relevant hereto.

2. GONZALO MURILLO, was at all times relevant hereto as the Petitioner herewith.

3. UNITED STATES OF AMERICA, a public federal government corporation, doing business in the Alabama and California state's, TERRY F. MOORE, their Agents, Agencies, Employees, and/or Instrumentalities, were at all times relevant hereto as the Respondents/ Defendants.

## C. ISSUES PRESENTED FOR JURISDICTIONAL AND CONSTITUTIONAL CHALLENGES

1. Whether under the Congressional Record of the 91st Congress, Congress was in Session and Assembled in order to pass an Act of Congress, styled: The Controlled Substances Act of October 27, 1970?

2. Whether under Apprendi, Booker, Fanfan, Amgline, Burton vs.Waddington, Judge found facts, such as 15 Kilograms of Cocaine and an enhancement of two points for mangerial role never admitted, never proved to a jury can be used to enhance the Intervenor and Petitioner's sentence?

## D. SUMMARY OF THE PRESENTMENTS

## TIMELINESS

1. There are no time limitations pursuant to the common law and federal law in regards to raising a claim to vacate a void judgemnt, as in criminal proceeding 00-126-N-ID, in a USDC, where same is jurisdictional, with reference to, Hagans vs. Lavine, 415 U.S. 528 (1974).

## WHERE JURISDICTION IS CHALLENGED

1. "Where jurisdiction is challenged, itmust be proven ...The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings ...Jurisdiction may never be assumed it must be proven," withreference to, Hagans vs. Lavine, 415 U.S. 528, 39 L.Ed.2d 577, 94 S.Ct. 1327 (1974).

2. "The question of jurisdiction in the court either over the person, the subject matter, or the place where the crime was committed can be raised at any stage of a criminal proceeding; it is never presumed but must be proven; and it is never waived by the petitioner," with reference to United States vs. Rogers, 23 F. 658 (W.D. Ark. 1885) | Emphasis Added].

3. "Jurisdiction may never be assumed, but must be substantially proven by the Plaintiff claimant," with reference to, McNutt vs. General Motors Acceptance Corp. of Indiana Inc., 298 U.S. 178, 80 L.Ed. 1135, 56 S.Ct. 780 (1936).

## LAW OF VOIDS

1. In support of a point of law that statements of counsel in brief or in argument are not facts before the court and may not be relied on in the courts rulings and determinations: This finding, comes from statements made from TERRY F. MOORE, a Assistant United States Attorney and IRA DEMENT, a Senior USDC JUDGE, during criminal proceedings 00-126-N-ID. Un-sworn statements which are part of the record and therefore should not have been considered by same Court, with reference to, UNITED STATES vs. LOVASCO, 431 U.S. 783, 97 S.Ct. 2044, 52 L.Ed.2d 752 (1977). Under no possible view, however, of the findings of the record can these statements of counsel, TERRY F. MOORE and IRA DEMENT,

Page 3

constitute compliance with the statute, since they merely embody conflicting statements of counsel concerning the facts as they suppose them to be and their appreciation of the law which they deem applicable, there being, therefore no attempt whatsoever to state the ultimate facts by a consideration of which a court of law would be able to conclude whether or not the judgment was warranted," with reference to, GONZALES vs. BUIST, 224 U.S. 126, 56 L.Ed. 693, 32 S.Ct. 463 (1912). Statements of counsel in brief or in agrument are not sufficient for criminal conviction or criminal sentencing, compare with, TRINSEY vs. PAGLIARO, 229 F.Supp 647 (1964).

2. In support of a point of law a void judgment cannot give rise to a valid conviction and sentence: The general rule is that a void judgment is no judgment at all. Where judgments are void, as is the judgment rendered in criminal pro- ceeding 00-126-N-ID, in a USDC herein, any subsequent proceeding based upon the void judgment are themselves void. In essence, no judgment existed from which the trial court could adopt either findings of fact or conclusions of law, with reference to, VALLEY VISTA DEVELOPMENT CORP. vs. CITY OF BROKEN ARROW, 766 P.2d 344 (1988). A void judgment is, in legal effect, no judgment at all. By it no rights are divested; from it no rights can beobtained. Being worthless, in itself, all proceedings founded upon it are necessarily equally worthless and have no effect whatsoever upon the parties or matters in question. A void judgment neither binds nor bars anyone. All acts performed under it, and all claims flowingout of it are absolutely void. The parties attempting to enforce it are trespassers, with reference to, HIGH vs. SOUTHWESTERN INSURANCE COMAPNY, 520 P.2d 662 (1974). A void judgment cannot constitute res judicata. Denial of previous motions  to vacate, i.e. habeas corpus, Rule 60(b)(6), to vacate a void judgment could not validate the judgment or constitute res judicata, for thereason that the lack of judicial power inheres in every stage of the proceedings in which the judgment was rendered, with reference to, BRUCE vs. MILLER, 360 P.2d 508 (1960).

Page 4

3. In support of a point of law that a void judgment is not void when it is declared void but is void from inception: A void judgemnt is not void when ruled void by a court; a void judgment is void ab initio. If the trial court was without subject matter or in personum jurisdiction of the Intervenor or the Petitioner's case, their conviction and sentence would be void ab initio, with reference to, PATTON vs. DIEMER, 35 Ohio St.3d 68, 518 N.E.2d 941 (1988).

4. In support of a point of law that when jurisdiction is challenged, it is incumbent on the party asserting that the court had jurisdiction to show where the court has jurisdiction on the record: When jurisdiciton is challenged the party claiming the courthas jurisdiction has the burden to prove that jurisdiction was conferred upon the court through the proper procedure. Otherwise, the court is without jurisdiction, it becomes the duty and burden of the party claiming that the court has subject matter or in personum jurisdiction to provide evidence from the record of the case that the court holds jurisdiction, with reference to, BINDELL vs. CITY OF HARVEY, 212 Ill.App.3d 1042, 571 N.E.2d 1017 (1st Dist. 1991)("the burden of proving jurisdiction rests upon the party asserting it."). Until the plaintiff, UNITED STATES OF AMERICA, a public federal government corporation, submits uncontroversial evidence of subject matter or in personum jurisdiction, the court, a USDC, proceeded without jurisdiction in criminal proceeding 00-126-N-ID, with reference to, LOOS vs. AMERICAN ENERGY SAVERS INC., 168 Ill.App.3d 558, 522 N.E.2d 841 (1988)("Where jurisdiction is contested, the burden of subject matter or in personum jurisdiction rests upon the plaintiff, in 00-126-N-ID). The law places the duty and burden of subject matter and in personum jurisdiction upon the plaintiff. Should the court attempt to validate said or place the burden on the Intervenor or Petitioner, the court has acted against thelaw, violates the Intervenor's and Petitioner's due process rights and the judge has immediately lost jurisdiction.

5. In support of a point of law that the court lacks discretion when it comes to vacating void judgments: WHEN RULE PROVIDING FOR RELIEF FROM VOID

Page 5

JUDGMENTS IS APPLICABLE, RELIEF IS NOT DISCRETIONARY MATTER BUT IS MANDATORY, with reference to, ORNER vs. SHALALA, 30 F.3d 1307 (Colo. 1994); In re: THOMAS, 906 S.W.2d at 262, holding that trial court has not only power but suty to vacate a void judgment.

## FIRST PRESENTMENT

1. Whether by consulting 84 Statute's at Large, Sections 1242-1296, an Act of Congress, on October 27, 1970, created by the Ninety-First Congress, Session II and styled: The Controlled Substances Act, which in turn created Title 21 of the United States Code, Sections 801-960, which is titled on its face a Reorganization Plan (a bankruptcy term), yetnot shown to possess an "Enacting Clause," nor is same shown to have been promulgated in the Federal Register, or shown to possess published Implementing regulations in the Code of Federal Regulations. Such that if so consulted, the Congressional Record of the Ninety-First Congress, it is found that H.R. 18583, was never given a Senate Bill Number nor was same enacted into positive law or given the force and effect of law.

Therefore, is stands to reason, that Intervenor's and Petitioner's con-viction and sentence in criminal docket number 00-126-N-ID is void ab initio and Intervenor and Petitioner should be released immediately.

2. Whether IRA DEMENT's findings without admission by the Intervenor and the Petitioner of 15 Kilograms of cocaine and for managerial role in criminal proceeding, which was never proved to a jury nor admitted too, can be used to enhance a criminal sentence.

Intervenor and Petitioner state that under current case opinions of the United States Supreme Court, Apprendi, Booker, Fanfan, and Ninth Circuit Court opinion Ameline III, said judge found facts cannot be used to enhance the Intervenor's or Petitioner's sentence.

## E. RELATED CASES

Intervenor and Petitioner do not believe that there are any related pend-ing cases in court.

Page 6

F. VERIFICATION

Under the pains and penalties of perjury and the laws of the United States and the Constitution of the United States, for the united States of America, without the United States, a public federal government corporation, and to the best of my current information, knowledge and belief, that the aforegoing is true, correct and materially certain, so help me God.

/By/ _Gonzalo Murillo_                                    _8-9-06_
Gonzalo :Murillo, Lawful man, All Rights Reserved          Date

G. CERTIFICATE OF SERVICE

On this _9th_ day of August 2006, copies of this instrument were caused to be placed into the United States Mail Service, to the DEBRA YANG, Office of Solicitor General, and the Court.

/By/ _Gonzalo Murillo_                                    _8-09-06_
Gonzalo :Murillo, Lawful man, All Rights Reserved          Date

27BC, CLOSED

# U.S. District Court
## Alabama Middle District (Montgomery)
## CRIMINAL DOCKET FOR CASE #: 2:00-cr-00126-ID-CSC-1
## Internal Use Only

Case title: USA v. Murillo, et al                    Date Filed: 08/16/2000

Assigned to: Judge Ira De Ment
Referred to: Honorable Charles S.
Coody

**Defendant**

**Gonzalo Murillo, Jr.** (1)          represented by   **Crowell Pate DeBardeleben**
                                                        Pate DeBardeleben Attorney at Law
                                                        2835 Zelda Road
                                                        Montgomery, AL 36106
                                                        334-213-0609
                                                        Fax: 270-5983
                                                        Email: bedebard@yahoo.com
                                                        *TERMINATED: 11/16/2000*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: CJA Appointment*

                                                        **David A. Katz**
                                                        433 North Camden Drive
                                                        Suite 600
                                                        Beverly Hills, CA 90210
                                                        818-789-5033
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Retained*

                                                        **Susan Graham James**
                                                        Susan G. James & Associates
                                                        PO. Box 198
                                                        Montgomery, AL 36101-0198
                                                        334-269-3330
                                                        Fax: 334-263-4888
                                                        Email: sgjamesandassoc@aol.com
                                                        *TERMINATED: 06/14/2001*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Retained*

## Pending Counts

21:846 CONSP. TO DIST & POSS.
W/INTENT TO DIST COCAINE
BASE & MARIJUANA - NMT
$4,000,000; [*]; NLT 10Y NMT
LIFE, B; NLT 5Y SUP REL; G/L;
VWPA; $100 SA
(1s)

## Disposition

108 months imprisonment; the
Court recommends that the BOP
designated Nellis F.P.C., Nellis,
Nevada, as the institution to serve
this sentence where Intensive
Residential Substance Abuse
Treatment is available; 4 years
Supervised Release; pay a $ ;100
Special Assessment fee which is
due immediately.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

21:846 CONSPIRACY TO
DISTRIBUTE NARCOTICS - NMT
$4,000,000, [*]; NLT 10Y, NMT
LIFE, B; NLT 5Y SUP REL; $100
SA; VWPA; G-LINES
(1)

21:841(a)(1) NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE -
NMT $4,000,000, [*]; NLT 10Y,
NMT LIFE, B; NLT 5Y SUP REL;
$100 SA; VWPA; G-LINES
(3)

21:841(a)(1) POSS. W/INTENT TO
DIST COCAINE - NMT $4,000,000;
[*]; NLT 10Y NMT LIFE, B; NLT 5Y
SUP REL; G/L; VWPA; $100 SA
(4s)

## Disposition

Dismissed

Dismissed

Dismissed

## Highest Offense Level
(Terminated)

Felony

## Complaints

None

## Disposition

## Plaintiff

**United States of America**                    represented by **Louis V. Franklin, Sr.**
                                                U.S. Attorney's Office
                                                PO Box 197
                                                Montgomery, AL 36101-0197
                                                334-223-7280
                                                Fax: 223-7560
                                                Email: louis.franklin@usdoj.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Terry F. Moorer**
                                                U.S. Attorney's Office
                                                PO Box 197
                                                Montgomery, AL 36101-0197
                                                334-223-7280
                                                Fax: 223-7560
                                                Email: terry.moorer@usdoj.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2000 | | ORDER sealing indictment number 16 of 8/16/00 grand jury. (sql) Modified on 09/07/2001 (Entered: 08/18/2000) |
| 08/16/2000 | 1 | SEALED INDICTMENT as to Sealed Deft #1 (1) count(s) 1, 3, Sealed Deft #2 (2) count(s) 1, 2, Sealed Deft #3 (3) count(s) 1, Sealed Deft #4 (4) count(s) 1, Sealed Deft #5 (5) count(s) 1, 6, 7, Sealed Deft #6 (6) count(s) 1, Sealed Deft #7 (7) count(s) 1, Sealed Deft #8 (8) count(s) 1, Sealed Deft #9 (9) count(s) 1, Sealed Deft #10 (10) count(s) 1, Sealed Deft #11 (11) count(s) 1, 4, Sealed Deft #12 (12) count(s) 1, 4, 5 (sql) (Entered: 08/18/2000) |
| 08/16/2000 | | Magistrate Judge Charles S. Coody assigned to case for discovery matters as well as matters subsequently referred by District Judge . (sql) (Entered: 08/18/2000) |
| 08/16/2000 | | (sql) (Entered: 08/18/2000) |
| 08/16/2000 | | **Added Government Attorneys Louis V. Franklin Sr., Terry F. Moorer as to Sealed Deft #1, Sealed Deft #2, Sealed Deft Sealed Deft #4, Sealed Deft #5, Sealed Deft #6, Sealed Deft #7, Sealed Deft #8, Sealed Deft #9, Sealed Deft #10, Sealed Deft #11, Sealed Deft #12 (sql) (Entered: 08/18/2000) |
| 08/17/2000 | 2 | Arrest WARRANT issued as to Sealed Deft #1 (sql) (Entered: 08/18/2000) |
| 09/13/2000 | | ARREST of Gonzalo Murillo Jr. in California (dmk) Modified on 10/30/2000 (Entered: 10/26/2000) |

| | | |
|---|---|---|
| 09/26/2000 | 14 | SUPERSEDING INDICTMENT as to Sealed Deft #1 (1) count(s) 1s, 4s, Sealed Deft #2 (2) count(s) 1s, 2s, 3s, Sealed Deft #3 (3) count(s) 1s, Sealed Deft #4 (4) count(s) 1s, Sealed Deft #5 (5) count(s) 1s, 7s, 8s, Sealed Deft #6 (6) count(s) 1s, Sealed Deft #7 (7) count(s) 1s, Sealed Deft #8 (8) count(s) 1s, Sealed Deft #9 (9) count(s) 1s, Sealed Deft #10 (10) count(s) 1s, Sealed Deft #11 (11) count(s) 1s, 5s, Sealed Deft #12 (12) count(s) 1s, 5s, 6s (dkt clerk) (Entered: 10/02/2000) |
| 10/02/2000 | 26 | ORDER for the U.S. Marshal to produce prisoner for arraignment as to Sealed Deft #1, set Arraignment for at 10:00 10/11/00 for Sealed Deft #1 for Fifth Floor Courtroom before Mag. Judge John L. Carroll in Fifth Floor Courtroom ( Signed by Mag. Judge John L. Carroll ) , Copies to: USM (dkt clerk) (Entered: 10/02/2000) |
| 10/12/2000 | | SUPERSEDING Indictment unsealed as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr. (dkt clerk) (Entered: 10/13/2000) |
| 10/13/2000 | | (ekl) (Entered: 10/16/2000) |
| 10/14/2000 | 39 | MOTION by USA as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez for Detention Hearing [39-1] referred to Mag Judge Vanzetta P. McPherson (dmk) (Entered: 10/16/2000) |
| 10/20/2000 | | Notice to Retained Criminal Defense Attorney Bruce Harvey as counsel for Willie B. Ferguson handed to counsel in open court (dmk) (Entered: 10/20/2000) |
| 10/25/2000 | 85 | NOTICE of Arrival in District by USM as to Gonzalo Murillo Jr. (DK advised) (snc) (Entered: 10/25/2000) |
| 10/26/2000 | | Initial appearance as to Gonzalo Murillo Jr. held before Mag Judge Vanzetta P. McPherson on 10/26/00 ; Detention Hearing set for 10:00 10/30/00 for Gonzalo Murillo Jr. at Third Floor Courtroom (Defendant informed of rights.) (Tape No. 1985) (dmk) (Entered: 10/26/2000) |
| 10/26/2000 | 89 | CJA 23 FINANCIAL AFFIDAVIT by Gonzalo Murillo Jr. (dmk) (Entered: 10/26/2000) |
| 10/26/2000 | 90 | CJA 20 as to Gonzalo Murillo Jr.: Appointment of Attorney Crowell Pate DeBardeleben ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: Counsel (dmk) (Entered: 10/26/2000) |
| 10/26/2000 | 91 | Courtroom Deputy's Minutes as to Gonzalo Murillo Jr.: Initial appearance held before Mag. Judge McPherson (Tape No. 1985) (dmk) (Entered: 10/26/2000) |

| | | |
|---|---|---|
| 10/27/2000 | 92 | ORDER of Temporary Detention as to Gonzalo Murillo Jr. Detention Hearing set for 10:00 10/30/00 for Gonzalo Murillo Jr. at Room 330 Courtroom ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: counsel, Copies furnished to: usa, ptso, uspo, usm, cdo (sql) (Entered: 10/27/2000) |
| 10/27/2000 | 93 | ORDER as to Gonzalo Murillo Jr. directing a panel attorney be appointed for defendant for all further proceedings as further set out. (Signed by Mag Judge Vanzetta P. McPherson) Copies mailed to: counsel, Copies furnished to: usa, ptso, uspo (sql) (Entered: 10/27/2000) |
| 10/27/2000 | 97 | Received Rule 40 Documents as to Gonzalo Murillo Jr. from WD of CA to include minutes, orders, financial affidavit, Commitment Order and Warrant of Removal and docket sheet. (snc) (Entered: 10/30/2000) |
| 10/30/2000 | | Detention hearing as to Gonzalo Murillo Jr. held before Mag Judge Vanzetta P. McPherson on 10/30/00 (Tape No. 1987) (dmk) (Entered: 10/30/2000) |
| 10/30/2000 | | MOTION in open court by Gonzalo Murillo Jr. for Reconsideration of order directing payment by deft. of $3,000 towards attorneys fees [0-0] referred to Mag Judge Vanzetta P. McPherson (dmk) (Entered: 10/30/2000) |
| 10/30/2000 | 98 | Courtroom Deputy's Minutes as to Gonzalo Murillo Jr.: Detention hearing held before Mag. Judge McPherson (Tape No. 1987) (dmk) (Entered: 10/30/2000) |
| 10/30/2000 | | **Terminated document(s) as to Gonzalo Murillo Jr.: terminating [0-0] oral motion for Reconsideration of order directing payment by deft. of $3,000 towards attorneys fees as to Gonzalo Murillo (1) (ekl) (Entered: 12/12/2000) |
| 10/30/2000 | | **Terminated document(s) as to Gonzalo Murillo Jr.: terminating [39-1] motion for Detention Hearing as to Gonzalo Murillo (1) (ekl) (Entered: 12/12/2000) |
| 10/31/2000 | 102 | DETENTION ORDER as to Gonzalo Murillo Jr. ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: counsel and dft, Copies furnished to: USA, USM, USPO, USPTSO (snc) (Entered: 10/31/2000) |
| 10/31/2000 | | **Added party Gonzalo Murillo Jr., Montgomery City Jail, Post Office Box 159, Montgomery, AL (snc) (Entered: 10/31/2000) |
| 10/31/2000 | | ARRAIGNMENT as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr. set for 10:00 11/21/00 for Gonzalo Murillo Jr., for Willie B. Ferguson Jr., for Maria G. Gonzalez, for Reginald A. Moss, for Demetrius B. Moss, for |

| | | Tamara N. Chaney, for Jacqueline D. Akins, for Laysonya D. Johnson, for Tonianetta D. Jones, for Garrett L. Davie, for Ivory Thomas Jr. at Fifth Floor Courtroom before Mag Judge Vanzetta P. McPherson (dkt clerk) (Entered: 10/31/2000) |
|---|---|---|
| 11/01/2000 | 103 | MOTION by Gonzalo Murillo Jr. for arraignment or for pretrial conference [103-1] referred to Mag. Judge Charles S. Coody (dkt clerk) (Entered: 11/01/2000) |
| 11/01/2000 | 104 | EX PARTE MOTION by Gonzalo Murillo Jr. to rescind order requiring payment from defendant [104-1] referred to Mag. Judge Charles S. Coody (follows oral motion for Reconsideration of order directing payment by deft. of $3,000 towards attorneys fees ) as to Gonzalo Murillo (1) (dkt clerk) (Entered: 11/01/2000) |
| 11/01/2000 | 105 | EX PARTE MOTION by Gonzalo Murillo Jr. for detention hearing transcript held 10/30/00 [105-1] referred to Mag. Judge Charles S. Coody (dkt clerk) (Entered: 11/01/2000) |
| 11/01/2000 | 107 | ORDER as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr., set Arraignment for at 10:00 11/21/00 for Gonzalo Murillo Jr., for Willie B. Ferguson Jr., for Maria G. Gonzalez, for Reginald A. Moss, for Demetrius B. Moss, for Tamara N. Chaney, for Amelia Glymph, for Jacqueline D. Akins, for Laysonya D. Johnson, for Tonianetta D. Jones, for Garrett L. Davie, for Ivory Thomas Jr. for U.S. Courthouse before Mag Judge Vanzetta P. McPherson in U.S. Courthouse , set Scheduling Conference for on 11/21/00 for Gonzalo Murillo Jr., for Willie B. Ferguson Jr., for Maria G. Gonzalez, for Reginald A. Moss, for Demetrius B. Moss, for Tamara N. Chaney, for Amelia Glymph, for Jacqueline D. Akins, for Laysonya D. Johnson, for Tonianetta D. Jones, for Garrett L. Davie, for Ivory Thomas Jr. before Mag. Judge Charles S. Coody in U.S. Courthouse ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: all counsel, Copies furnished to: USA,PO,PTSO,USM,ACE,SNC,FPD (dkt clerk) (Entered: 11/01/2000) |
| 11/03/2000 | 109 | ARRAIGNMENT NOTICE as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney (not mailed; dft in route here), Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr.; Arraignment at 10:00 11/21/00 for Gonzalo Murillo Jr., at Fifth Floor Courtroom before Mag Judge Vanzetta P. McPherson; ARRAIGNMENT Notice sent to counsel and dfts; copies furnished USA, FD, USPO, USPTSO, USM (snc) (Entered: 11/03/2000) |
| 11/07/2000 | | (snc) (Entered: 11/07/2000) |

| | | |
|---|---|---|
| 11/07/2000 | 112 | NOTICE of Appearance for Gonzalo Murillo Jr. by Attorney Susan Graham James (dkt clerk) (Entered: 11/07/2000) |
| 11/07/2000 | | Notice to retained counsel mailed to Susan G. James as to Gonzalo Murillo Jr. along with copy arraignment notice for 11/21/00 (dkt clerk) (Entered: 11/07/2000) |
| 11/09/2000 | 114 | MOTION by Gonzalo Murillo Jr. for Reconsideration of [102-1] detention order [114-1] (Exhibits A-D attached.) referred to Mag Judge Vanzetta P. McPherson (dkt clerk) (Entered: 11/09/2000) |
| 11/13/2000 | 116 | ORDER as to Gonzalo Murillo Jr. granting [114-1] motion for Reconsideration of [102-1] detention order as to Gonzalo Murillo (1), set supplemental Detention Hearing for 2:00 11/21/00 for Gonzalo Murillo Jr. before Mag Judge Vanzetta P. in Room 330 Courtroom which shall be a show cause hearing ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM,HC,YG,DK (dkt clerk) (Entered: 11/13/2000) |
| 11/14/2000 | 118 | MOTION by Gonzalo Murillo Jr. for Pate DeBardeleben to Withdraw as Attorney [118-1] referred to Mag. Judge Charles S. Coody (dkt clerk) (Entered: 11/14/2000) |
| 11/16/2000 | | STAMPED ORDER as to Gonzalo Murillo Jr. granting [118-1] motion for Pate DeBardeleben to Withdraw as Attorney (Terminated attorney Crowell Pate DeBardeleben for Gonzalo Murillo as to Gonzalo Murillo (1) ( Entered by Mag. Judge Charles S. Coody ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM (dkt clerk) (Entered: 11/16/2000) |
| 11/21/2000 | | ARRAIGNMENT as to Gonzalo Murillo Jr. held before Mag Judge Vanzetta P. McPherson on 11/21/00 Defendant(s) appeared with counsel and after having been advised of Defendant(s') rights, entered a plea of Not Guilty. (Tape NO. 1995) (dmk) (Entered: 11/21/2000) |
| 11/21/2000 | | PLEA of Not Guilty: Gonzalo Murillo (1) count(s) 1s, 4s ; Court accepts plea. (dmk) (Entered: 11/21/2000) |
| 11/21/2000 | 125 | Courtroom Deputy's Minutes as to Gonzalo Murillo Jr.: Arraignment held before Mag. Judge McPherson (Tape NO. 1995) (dmk) (Entered: 11/21/2000) |
| 11/21/2000 | | Detention hearing as to Gonzalo Murillo Jr. held before Mag Judge Vanzetta P. McPherson on 11/21/00 (Tape No. 1998) (dmk) (Entered: 11/21/2000) |
| 11/21/2000 | 130 | Courtroom Deputy's Minutes as to Gonzalo Murillo Jr.: Detention hearing held before Mag. Judge McPherson (Tape No. 1998) (dmk) (Entered: 11/21/2000) |

| | | |
|---|---|---|
| 11/27/2000 | 137 | ORDER as to Gonzalo Murillo Jr. denying as moot [103-1] motion for arraignment or for pretrial conference as to Gonzalo (1) ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: counsel, Copies furnished to: USA, PO,PTSO,USM (dkt clerk) (Entered: 11/28/2000) |
| 11/27/2000 | 138 | ORDER as to Gonzalo Murillo Jr. denying as moot [104-1] Ex parte motion to rescind order requiring payment from defendant as to Murillo (1), Sealing Motion (doc 104) and this Order until further order ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: counsel, (dkt clerk) (Entered: 11/28/2000) |
| 11/27/2000 | 139 | ORDER as to Gonzalo Murillo Jr. denying as moot [105-1] motion for detention hearing transcript held 10/30/00 as to Gonzalo Murillo (1) ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: counsel, Copies furnished to: USA (dkt clerk) (Entered: 11/28/2000) |
| 11/27/2000 | 140 | ORDER as to Gonzalo Murillo Jr. granting defendant's 11/9/00 motion requesting reconsideration of detention order; that based on the evidence received at the hearing on reconsideration, conducted on 11/21/00 it is ORDERED that defendant's pretrial detention shall continue ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM (dkt clerk) (Entered: 11/28/2000) |
| 11/27/2000 | 141 | ORDER as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr., set initial Pretrial Conference for for 1:00 1/12/01 for Gonzalo Murillo Jr., for Willie B. Ferguson for Maria G. Gonzalez, for Reginald A. Moss, for Demetrius B. Moss, for Tamara N. Chaney, for Amelia Glymph, for Jacqueline D. Akins, for Laysonya D. Johnson, for D. Jones, for Garrett L. Davie, for Ivory Thomas Jr. at Third Floor Courtroom before Mag Judge Charles S. Coody in Third Floor Courtroom , that the United States shall provide to the Federal Defender two copies of the discovery materials for counsel to review and additionally shall make available at its office one copy of the documents to counsel who may "check out" the documents for the purpose of copying them; that upon delivery to the United States by counsel or a defendant of proper media, the U.S. shall provide to the defendant an electronic copy of the transcriptions of the audio tapes from the Title III intercepts; that the defendants shall file waivers of speedy trial on or before 12/5/00 , any motions relating to discovery matters which are not covered by this court's standing order on criminal discovery shall be filed on or before 1/3/01; that except for good cause shown the motions will be heard at the 1/12/01 converence; if any defendant desires to be present at this conference, the defendant shall notify the court not later than 1/3/01 , set Motion Filing deadline to for |

| | | |
|---|---|---|
| | | 1/3/01 for Gonzalo Murillo Jr., for Willie B. Ferguson Jr., for Maria G. Gonzalez, for Reginald A. Moss, for Demetrius B. Moss, for Tamara N. Chaney, for Amelia Glymph, for Jacqueline D. Akins, for Laysonya D. Johnson, for Tonianetta D. Jones, Garrett L. Davie, for Ivory Thomas Jr. ( Signed by Mag Judge Charles S. Coody ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM,FPD,HC,YG,CA (dkt clerk) Modified on 12/15/2000 (Entered: 11/28/2000) |
| 11/28/2000 | | (dkt clerk) (Entered: 11/28/2000) |
| 11/30/2000 | | (dkt clerk) (Entered: 11/30/2000) |
| 11/30/2000 | | Pre-trial conference as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr. set for 1:00 1/12/01 for Gonzalo Murillo Jr., for Willie B. Ferguson Jr., for Maria G. Gonzalez, for Reginald A. Moss, for Demetrius B. Moss, for Tamara N. Chaney, for Amelia Glymph, for Jacqueline D. Akins, for Laysonya D. Johnson, for Tonianetta D. Jones, for Garrett L. Davie, for Ivory Thomas Jr. at Third Floor Courtroom before Mag. Judge Charles S. Coody (dkt clerk) (Entered: 11/30/2000) |
| 12/04/2000 | | (dkt clerk) (Entered: 12/04/2000) |
| 12/06/2000 | 151 | Marshal's return on service of Notice of Lis Pendens/Levy on Judge of Probation - Macon County on 11/17/00 as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr. (dkt clerk) (Entered: 12/06/2000) |
| 12/11/2000 | 156 | MOTION/APPEAL by Gonzalo Murillo Jr. for Revocation or Amendment of Magistrate Judge's 11/27/00 Detention Order (with Exhibits "1" A-D & "2") [156-1] referred to Judge W. H. Albritton III (ekl) Modified on 12/18/2000 (Entered: 12/14/2000) |
| 12/14/2000 | | **Remove appeal flag - no further appeals pending (ekl) (Entered: 12/14/2000) |
| 12/15/2000 | | Deadline updated as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr., set initial Pretrial Conference for for 1:00 1/12/01 for Gonzalo Murillo Jr., for Willie B. Jr., for Maria G. Gonzalez, for Reginald A. Moss, for Demetrius B. Moss, for Tamara N. Chaney, for Amelia Glymph, for Jacqueline D. Akins, for Laysonya D. Johnson, for Tonianetta D. Jones, for Garrett L. Davie, for Ivory Thomas Jr. at Third Floor Courtroom before Mag. Judge Charles S. Coody in |

|  |  | Third Floor Courtroom (dkt clerk) (Entered: 12/15/2000) |
|---|---|---|
| 12/15/2000 | 160 | ORDER as to Gonzalo Murillo Jr. denying [156-1] motion for Revocation or Amendment of Magistrate Judge's 11/27/00 Detention Order (with Exhibits "1" A-D & "2") as to Gonzalo Murillo (1) ( Signed by Judge W. H. Albritton III ) Copies mailed to: counsel and defendant, Copies furnished to: USA,USM,USPTS,USPO (ekl) (Entered: 12/18/2000) |
| 12/15/2000 | 162 | ORDER as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr., as further set out in this order, the court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial; that the trial of this case shall be set at a time to be determined at the 1-12-01 initial pretrial conference; Time Excluded from 12/15/00 to ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: counsel, Copies furnished to: USA,USM,USPTS,USPO,FD (ekl) (Entered: 02/06/2001) |
| 12/22/2000 | 163 | MOTION by Gonzalo Murillo Jr. for Reconsideration of [160-1] order [163-1] referred to Judge W. H. Albritton III (ekl) (Entered: 12/22/2000) |
| 12/22/2000 | 164 | ORDER as to Gonzalo Murillo Jr. denying [163-1] motion for Reconsideration of [160-1] order as to Gonzalo Murillo (1) ( Signed by Judge W. H. Albritton III ) Copies mailed to: counsel and defendant, Copies furnished to: USA,USM,USPTS,USPO (ekl) (Entered: 12/22/2000) |
| 01/02/2001 | 165 | CJA 20 Authorization to pay Crowell Pate DeBardeleben for defendant Gonzalo Murillo Jr., Amount: $ 748.87 Voucher # 001207000103 ( Signed by Judge W. H. Albritton III [rendered on 12/17/2000] ) Copies mailed to: counsel (dkt clerk) (Entered: 01/02/2001) |
| 01/02/2001 | 166 | MOTION (Petition) by USA as to Gonzalo Murillo Jr. for Order Directing the USM to Release Custody of Prisoner [166-1] referred to Mag. Judge Charles S. Coody (ekl) (Entered: 01/03/2001) |
| 01/04/2001 | 168 | ORDER as to Gonzalo Murillo Jr. granting [166-1] motion for Order Directing the USM to Release Custody of Prisoner from 1/4/01 thru 5/31/01 as to Gonzalo Murillo (1) ( Signed by Mag. Judge Charles S. Coody ) , Copy mailed to counsel. Copies furnished to: USA,USM,USPTS,USPO (ekl) (Entered: 01/04/2001) |
| 01/12/2001 |  | (ekl) (Entered: 01/12/2001) |
| 01/12/2001 |  | Pre-trial conference as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, |

| | | Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr. held before Mag. Judge Charles S. Coody on 1/12/01 (dkt clerk) (Entered: 01/12/2001) |
|---|---|---|
| 01/12/2001 | 172 | Courtroom Deputy's Minutes as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr.: Re: Pretrial Conference (dkt clerk) (Entered: 01/12/2001) |
| 01/16/2001 | | **Added party US Marshals Service, U.S. Pretrial, Montgomery U.S. Probation (dkt clerk) (Entered: 01/16/2001) |
| 01/16/2001 | 174 | ORDER on preliminary pretrial conference as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr., set final Pretrial Conference for for 8:30 4/10/01 for Gonzalo Murillo Jr., for Willie B. Ferguson for Maria G. Gonzalez, for Reginald A. Moss, for Demetrius B. Moss, for Tamara N. Chaney, for Amelia Glymph, for Jacqueline D. Akins, for Laysonya D. Johnson, for D. Jones, for Garrett L. Davie, for Ivory Thomas Jr. at U.S. Courthouse before Mag. Judge Charles S. Coody in U.S. Courthouse , set a hearing on all motions filed in a manner consistent with this order of 4/10/01 at 8:30 a.m. , set Motion Filing deadline to for 3/27/01 for Gonzalo Murillo Jr., for Willie B. Ferguson for Maria G. Gonzalez, for Reginald A. Moss, for Demetrius B. Moss, for Tamara N. Chaney, for Amelia Glymph, for Jacqueline D. Akins, for Laysonya D. Johnson, for D. Jones, for Garrett L. Davie, for Ivory Thomas Jr.; that all motions are to be fully briefed , , set Status Conference for 9:00 4/4/01 for Gonzalo Murillo Jr., for Willie B. Ferguson Jr., for Maria G. Gonzalez, for Reginald A. Moss, for Demetrius B. Moss, for Tamara N. Chaney, for Amelia Glymph, for Jacqueline D. Akins, for Laysonya D. Johnson, for D. Jones, for Garrett L. Davie, for Ivory Thomas Jr. at Courthouse before Mag. Judge Charles S. Coody in U.S. Courthouse; the status conference shall be by phone to be set up by the U.S. Attorney , set Jury Selection for for 10:00 5/30/01 for Gonzalo Murillo Jr., for Willie B. Ferguson Jr., for Maria G. Gonzalez, for Reginald A. Moss, for Demetrius B. Moss, for Tamara N. Chaney, for Amelia Glymph, for Jacqueline D. Akins, for Laysonya D. Johnson, for Tonianetta D. Jones, Garrett L. Davie, for Ivory Thomas Jr. at U.S. Courthouse before Judge Ira De Ment in U.S. Courthouse , set Jury Trial on 10:00 5/30/01 for Gonzalo Murillo Jr., for Willie B. Ferguson Jr., for Maria G. Gonzalez, for Reginald A. Moss, for Demetrius B. Moss, for Tamara N. Chaney, for Amelia Glymph, for Jacqueline D. Akins, for Laysonya D. Johnson, for Tonianetta D. Jones, for Garrett L. Davie, for Ivory Thomas Jr. before Judge Ira De Ment in U.S. |

|  |  | Courthouse , that the government's is to provide Jencks Act statements no later than the day scheduled for the commencement of the trial , that counsel shall appear at all future court proceedings as further set out ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM,ACE,FPD,HC,YG (dkt clerk) (Entered: 01/16/2001) |
|---|---|---|
| 01/16/2001 |  | ** Renoticed document [174-1] order set final Pretrial Conference for for 8:30 4/10/01 for Gonzalo Murillo Jr., for Willie B. Ferguson for Maria G. Gonzalez, for Reginald A. Moss, for Demetrius B. Moss, for Tamara N. Chaney, for Amelia Glymph, for Jacqueline D. Akins, for Laysonya D. Johnson, for D. Jones, for Garrett L. Davie, for Ivory Thomas Jr. at U.S. Courthouse before Mag. Judge Charles S. Coody in U.S. Courthouse (dkt clerk) (Entered: 01/16/2001) |
| 01/16/2001 |  | CASE assigned to Judge Ira De Ment (dkt clerk) (Entered: 01/16/2001) |
| 01/16/2001 |  | ** Renoticed document [175-1] order (dkt clerk) (Entered: 01/16/2001) |
| 01/16/2001 |  | ** Renoticed document [176-1] order Government's Response to Motion reset for 1/22/01 for Amelia Glymph for [169-1] motion for Disclosure of Information Regarding Compliance with Petite Policy (dkt clerk) (Entered: 01/16/2001) |
| 01/16/2001 |  | **Excludable stopped as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr. (ekl) (Entered: 02/06/2001) |
| 01/17/2001 |  | Pre-trial conference as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr. set for 8:30 4/10/01 for Gonzalo Murillo Jr., for Willie B. Ferguson Jr., for Maria G. Gonzalez, for Reginald A. Moss, for Demetrius B. Moss, for Tamara N. Chaney, for Amelia Glymph, for Jacqueline D. Akins, for Laysonya D. Johnson, for Tonianetta D. Jones, for Garrett L. Davie, for Ivory Thomas Jr. at Third Floor Courtroom before Mag. Judge Charles S. Coody (dkt clerk) (Entered: 01/17/2001) |
| 02/06/2001 |  | **Excludable stopped as to Gonzalo Murillo Jr. (dkt clerk) (Entered: 02/06/2001) |
| 03/07/2001 |  | ** Renoticed document [167-1] order Government's Response to Motion reset for 3/21/01 for Laysonya D. Johnson for [166-1] motion in Limine (dkt clerk) (Entered: 03/07/2001) |

| | | |
|---|---|---|
| 03/16/2001 | | ** Renoticed document [185-1] order (dkt clerk) (Entered: 03/16/2001) |
| 03/16/2001 | | ** Renoticed document [186-1] order (dkt clerk) (Entered: 03/16/2001) |
| 03/30/2001 | 206 | CJA 21 as to Gonzalo Murillo Jr. Authorization to Pay James F. Kirkland $ 325.50 for Expert Services Voucher # 0322000089 ( Signed by Mag. Judge Charles S. Coody ) , (dkt clerk) (Entered: 03/30/2001) |
| 04/04/2001 | | ** Renoticed document [216-1] notice (dkt clerk) (Entered: 04/04/2001) |
| 04/10/2001 | | Pre-trial conference as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr. held before Mag. Judge Charles S. Coody on 4/10/01 (dkt clerk) (Entered: 04/11/2001) |
| 04/10/2001 | | Motion hearing as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr. re: All pending motions (dkt clerk) (Entered: 04/11/2001) |
| 04/10/2001 | 239 | UNOPPOSED MOTION by Gonzalo Murillo Jr. to file motion to suppress out of time [237-1] referred to Mag. Judge Charles S. Coody (dkt clerk) (Entered: 04/17/2001) |
| 04/11/2001 | 227 | MOTION by Gonzalo Murillo Jr. for David A. Katz to Appear Pro Hac Vice FILING FEE $ 20.00 RECEIPT # 86626. (Certificate of good standing from U.S. District Court, Central District of California attached.) [227-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 04/11/2001) |
| 04/11/2001 | | ** Renoticed document [229-1] report and recommendations Objections Objections due by 4/24/01 [229-1] report and recommendations, [0-0] report and recommendations (sql) (Entered: 04/11/2001) |
| 04/11/2001 | 230 | Courtroom Deputy's Minutes as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr.: Re: Final Pretrial Conference and hearing on all pending motions. Court Reporter: Lewis Wimberley (dkt clerk) (Entered: 04/11/2001) |
| 04/12/2001 | | ** Renoticed document [235-1] report and recommendations Objections Objections due by 4/25/01 [235-1] report and recommendations, [0-0] report and recommendations, [0-0] report |

| | | |
|---|---|---|
| | | and recommendations (sql) (Entered: 04/12/2001) |
| 04/12/2001 | | ** Renoticed document [235-1] report and recommendations Objections Objections due by 4/25/01 [235-1] report and recommendations, [0-0] report and recommendations (sql) (Entered: 04/12/2001) |
| 04/16/2001 | 236 | ORDER OF REFERENCE to a Mag. Judge to conduct all of hte proceedings required by Rule 11 incident to a guilty plea and to make a recommendation concerning acceptance of hte guilty plea as to Gonzalo Murillo Jr. ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM,HC,YG,ACE (dkt clerk) (Entered: 04/16/2001) |
| 04/16/2001 | | ** Renoticed document [236-1] order (dkt clerk) (Entered: 04/16/2001) |
| 04/16/2001 | | Change of Plea hearing set for 8:15 4/17/01 for Gonzalo Murillo Jr. at Third Floor Courtroom before Mag. Judge Charles S. Coody (dkt clerk) (Entered: 04/16/2001) |
| 04/16/2001 | 237 | MOTION by Gonzalo Murillo Jr. to set status conference , and detention-bail/review hearing before U.S. Magistrate Judge (Exhibits attached.) [237-1] referred to Mag. Judge Charles S. Coody, [237-2] referred to Mag. Judge Charles S. Coody (dkt clerk) (Entered: 04/17/2001) |
| 04/17/2001 | | Change of Plea hearing held as to Gonzalo Murillo Jr. Counsel for the defendant informs the court that he no longer wishes to change his plea. See document number 238. (dkt clerk) (Entered: 04/17/2001) |
| 04/17/2001 | 238 | Courtroom Deputy's Minutes as to Gonzalo Murillo Jr.: Change of Plea Hearing. Court Reporter: Lewis Wimberley (dkt clerk) (Entered: 04/17/2001) |
| 04/17/2001 | 240 | CONSOLIDATED MOTION by Gonzalo Murillo Jr. to Suppress [240-1] referred to Unassigned Judge (dkt clerk) (Entered: 04/17/2001) |
| 04/17/2001 | 241 | MOTION by Gonzalo Murillo Jr. for Susan G. James to Withdraw as Attorney [241-1] referred to Mag. Judge Charles S. Coody (dkt clerk) (Entered: 04/18/2001) |
| 04/18/2001 | 243 | ORDER as to Gonzalo Murillo Jr. Motion hearing set for 10:00 4/26/01 for Gonzalo Murillo Jr. before Mag. Judge Charles S. Coody in Third Floor Courtroom re: [240-1] motion to Suppress, Motion hearing set for 10:00 4/26/01 for Gonzalo Murillo Jr. before Mag. Judge Charles S. Coody in Third Floor Courtroom re: [237-1] motion to set status conference, Motion hearing set for 10:00 4/26/01 for Gonzalo Murillo Jr. before Mag. Judge Charles S. Coody in Third Floor Courtroom re: [237-2] motion and detention-bail/review hearing before U.S. Magistrate Judge if a |

| | | |
|---|---|---|
| | | second day is required to complete the hering, the hearing will reconvene on 4/27/01 at 1:15 p.m.; directing the Marshal or the person having custody of the defendant to produce him for the hearing. ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM,HC,YG,ACE (dkt clerk) (Entered: 04/18/2001) |
| 04/19/2001 | 244 | STAMPED ORDER as to Gonzalo Murillo Jr. granting [227-1] motion for David A. Katz to Appear Pro Hac Vice FILING FEE $ 20.00 RECEIPT # 86626. (Certificate of good standing from U.S. District Court, Central District of California attached.) as to Gonzalo Murillo (1) ( Entered by Judge Ira De Ment ) Copies mailed to: counsel, furnished to USA : (dkt clerk) (Entered: 04/19/2001) |
| 04/25/2001 | 246 | NOTICE of inability to proceed with hearing on consolidated motion to suppress on 4/26/01 for lack of discovery and lack of receipt from just-relieved counsel Ms. James or the government of documents/items necessary to review before a hearing an be had on the motion to suppress; notice of nonpursuit at this time of detention-Bial/Review hearing; notice of advising government on 4/23/01 of inability to proceed with hearing on motion to suppress on 4/26; declaration; exhibits; by Gonzalo Murillo Jr. Referred to Mag. Judge Coody. (dkt clerk) (Entered: 04/25/2001) |
| 04/30/2001 | 250 | MOTION by USA as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr. to Dismiss original indictment [250-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 04/30/2001) |
| 05/01/2001 | 252 | ORDER as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr. granting [250-1] motion to Dismiss original indictment as to Gonzalo Murillo (1), Willie B. Ferguson (2), Maria G. Gonzalez (3), Reginald A. Moss (4), Demetrius B. Moss (5), Tamara N. Chaney (6), Amelia Glymph (7), Jacqueline D. Akins (8), Laysonya D. Johnson (9), Tonianetta D. Jones (10), Garrett L. Davie (11), Ivory Thomas (12) ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM,FPD (dkt clerk) (Entered: 05/01/2001) |
| 05/01/2001 | | DISMISSAL of Count(s) on Government Motion as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr. Terminated motions Counts Dismissed: Gonzalo Murillo (1) count(s) 1, 3, Willie B. Ferguson (2) count(s) 1, 2, Maria G. Gonzalez (3) count(s) 1, Reginald A. Moss |

| | | |
|---|---|---|
| | | (4) count(s) 1, Demetrius B. Moss (5) count(s) 1, 6, 7, Tamara N. Chaney (6) count(s) 1, Amelia Glymph (7) count(s) 1, Jacqueline D. Akins (8) count(s) 1, Laysonya D. Johnson (9) count(s) 1, Tonianetta D. Jones (10) count(s) 1, Garrett L. Davie (11) count(s) 1, 4, Ivory Thomas (12) count(s) 1, 4, 5 (dkt clerk) (Entered: 05/01/2001) |
| 05/03/2001 | 254 | TRIAL NOTICE as to Gonzalo Murillo Jr.; Trial set for 9:00 6/5/01 for Gonzalo Murillo Jr. at U.S. Courthouse ; TRIAL Notice to ATTORNEYS David A. Katz for defendant Gonzalo Murillo Jr., Susan Graham James for defendant Gonzalo Murillo Jr., Terry F. Moorer for plaintiff USA, Louis V. Franklin Sr. for plaintiff USA; furn. to USM, PO, PTSO; mailed to defendant ; Clothing Notice mailed. (dkt clerk) (Entered: 05/03/2001) |
| 05/03/2001 | | Deadline updated as to Gonzalo Murillo Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Laysonya D. Johnson, Tonianetta D. Jones, Ivory Thomas Jr., reset Jury Trial on 9:00 6/5/01 for Gonzalo Murillo Jr., for Maria G. Gonzalez, for Reginald A. Moss, for Demetrius B. Moss, for Tamara N. Chaney, for Amelia Glymph, for Laysonya D. Johnson, for Tonianetta D. Jones, for Ivory Thomas Jr. before Judge Anthony A. Alaimo in U.S. Courthouse (dkt clerk) (Entered: 05/03/2001) |
| 05/04/2001 | 264 | ORDER as to Gonzalo Murillo Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Ivory Thomas Jr. continuing the 5/30/01 jury selection and 6/5/01 trial to the term commencing 7/16/01 , reset Jury Trial on 7/16/01 for Gonzalo Murillo Jr., for Maria G. Gonzalez, for Reginald A. Moss, for Demetrius B. Moss, for Tamara N. Chaney, for Amelia Glymph, for Jacqueline D. Akins, for Laysonya D. Johnson, for Tonianetta D. Jones, Ivory Thomas Jr. before Judge Ira De Ment in U.S. Courthouse , reset Jury Selection for for 7/16/01 for Gonzalo Murillo Jr., for Maria G. Gonzalez, for Reginald A. Moss, for Demetrius B. Moss, for Tamara N. Chaney, for Amelia Glymph, for Jacqueline D. Akins, for Laysonya D. Johnson, for Tonianetta D. Jones, for Ivory Thomas Jr. at U.S. Courthouse before Judge Ira De Ment in U.S. Courthouse ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: counsel and defendants, Copies furnished to: USA,PO,PTSO,USM,FPD,HC,YG,WR (dkt clerk) (Entered: 05/04/2001) |
| 05/04/2001 | | ** Renoticed document [264-4] order (dkt clerk) (Entered: 05/04/2001) |
| 05/04/2001 | 265 | ORDER as to Gonzalo Murillo Jr. Motion hearing set for 9:00 6/18/01 for Gonzalo Murillo Jr. before Mag. Judge Charles S. Coody in Third Floor Courtroom re: [240-1] motion to Suppress , Defendant's Brief in Response to Motion reset for 6/6/01 for |

|  |  | Gonzalo Murillo Jr. for [240-1] motion to Suppress , Government's Brief in Response to Motion reset for 6/14/01 for Gonzalo Murillo Jr. for [240-1] motion to Suppress ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: counsel, furnished to: USA,PO,PTSO,USM,HC,YG,ACE (dkt clerk) (Entered: 05/04/2001) |
| 05/07/2001 | 269 | MOTION by Gonzalo Murillo Jr. of Continuance of 5/30/01 trial to 7/16/01 in the Interests of Justice [269-1] referred to Mag. Judge Charles S. (dkt clerk) (Entered: 05/07/2001) |
| 05/29/2001 |  | ** Renoticed document [293-1] plea (dkt clerk) (Entered: 05/29/2001) |
| 05/30/2001 |  | ** Renoticed document [294-2] order (dkt clerk) (Entered: 05/30/2001) |
| 06/11/2001 |  | **Terminated deadlines as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr. (dkt clerk) (Entered: 06/11/2001) |
| 06/11/2001 | 300 | MOTION by Gonzalo Murillo Jr. to continue motions hearing date , and to continue motion filing date to June 25, 2001 or July 12, 2001 [300-1] referred to Mag. Judge Charles S. Coody, [300-2] referred to Mag. Judge Charles S. Coody (dkt clerk) (Entered: 06/11/2001) |
| 06/12/2001 | 301 | ORDER as to Gonzalo Murillo Jr. denying [300-1] motion to continue motions hearing date as to Gonzalo Murillo (1), denying [300-2] motion to continue motion filing date to June 25, 2001 or July 12, 2001 as to Gonzalo Murillo (1) ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM (dkt clerk) (Entered: 06/12/2001) |
| 06/14/2001 | 302 | ORDER as to Gonzalo Murillo Jr. denying [269-1] motion of Continuance of 5/30/01 trial to 7/16/01 in the Interests of Justice as to Gonzalo Murillo (1), denying [237-1] motion to set status conference as to Gonzalo Murillo (1), denying [237-2] motion and detention-bail/review hearing before U.S. Magistrate Judge as to Gonzalo Murillo (1), denying [239-1] motion to file motion to suppress out of time as to Gonzalo Murillo (1) ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: Counsel and Deft, Copies furnished to: USA, USM, USPO, USPTS, RL, CA (ws) (Entered: 06/14/2001) |
| 06/14/2001 | 303 | ORDER as to Gonzalo Murillo Jr. granting [241-1] motion for Susan G. James to Withdraw as Attorney (Terminated attorney Susan Graham James for Gonzalo Murillo as to Gonzalo Murillo (1) ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: Counsel, Deft, Copies furnished to: USA, USM, USPO, USPTS, RL, CA (ws) (Entered: 06/14/2001) |

| | | |
|---|---|---|
| 06/14/2001 | 305 | MOTION by Gonzalo Murillo Jr. to continue suppression hearing until 7/9/01 [305-1] referred to Mag. Judge Charles S. Coody (dkt clerk) (Entered: 06/14/2001) |
| 06/14/2001 | 306 | ORDER as to Gonzalo Murillo Jr. granting [305-1] motion to continue suppression hearing until 7/9/01 as to Gonzalo Murillo (1) Motion hearing set for 9:00 7/9/01 for Gonzalo Murillo Jr. before Mag. Judge Charles S. Coody in Fifth Floor Courtroom re: [240-1] motion to Suppress ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM,HC,YG,ACE (dkt clerk) (Entered: 06/14/2001) |
| 06/27/2001 | 311 | TRIAL NOTICE as to Gonzalo Murillo Jr.; Trial set for 10:00 7/16/01 for Gonzalo Murillo Jr. at First Floor Courtroom ; TRIAL Notice to ATTORNEYS David A. Katz for defendant Gonzalo Murillo Jr., Terry F. Moorer for plaintiff USA, Louis V. Franklin Sr. for plaintiff USA ; Clothing Notice mailed. (dkt clerk) (Entered: 06/27/2001) |
| 07/05/2001 | | Exhibits in support of his "Motion to Suppress Evidence and Fruits of Wiretaps; Memrandum." filed by Gonzalo Murillo Jr. (dkt clerk) (Entered: 07/10/2001) |
| 07/06/2001 | 320 | MOTION by Gonzalo Murillo Jr. to Suppress all evidece and all fruits from three searches conducted in and related to this case. [320-1] referred to Mag. Judge Charles S. Coody (dkt clerk) (Entered: 07/06/2001) |
| 07/06/2001 | 321 | MOTION by Gonzalo Murillo Jr. to Suppress evidence and fruits of wiretaps. [321-1] referred to Mag. Judge Charles S. Coody (dkt clerk) (Entered: 07/06/2001) |
| 07/06/2001 | 322 | MOTION by Gonzalo Murillo Jr. of filing Notice of Motion and Motion to file Motions to Suppress out of time. [322-1] referred to Mag. Judge Charles S. Coody (dkt clerk) (Entered: 07/06/2001) |
| 07/09/2001 | 325 | NOTICE OF MOTION AND MOTION by Gonzalo Murillo Jr. for Discovery; memorandum; declaration; exhibits [325-1] referred to Mag. Judge Charles S. Coody (dkt clerk) (Entered: 07/09/2001) |
| 07/09/2001 | 326 | NOTICE OF MOTION AND MOTION by Gonzalo Murillo Jr. to Suppress evidence and fruits of wiretaps; memorandum; declaration; exhibits [326-1] referred to Mag. Judge Charles S. Coody (dkt clerk) (Entered: 07/09/2001) |
| 07/09/2001 | 332 | Proposed Jury Instructions by USA as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr. (dkt clerk) (Entered: 07/09/2001) |
| 07/09/2001 | 333 | Requested Voir Dire Questions by USA as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, |

| | | |
|---|---|---|
| | | Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr. (dkt clerk) (Entered: 07/09/2001) |
| 07/09/2001 | | Motion hearing as to Gonzalo Murillo Jr. re: [337-1] motion to Suppress evidence (adopting the pleadings and argument of Murrillo's attorney) begins. (dkt clerk) (Entered: 07/16/2001) |
| 07/10/2001 | 344 | Plea Agreement as to Gonzalo Murillo Jr.( Copies furn. to USA, PO, PTSO.) (dkt clerk) (Entered: 07/11/2001) |
| 07/10/2001 | 345 | Consent to enter plea before a U.S. Magistrate Judge executed by Gonzalo Murillo Jr. (dkt clerk) (Entered: 07/11/2001) |
| 07/10/2001 | 346 | Proposed Jury Forfeiture Instructions by USA as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr. (ws) (Entered: 07/11/2001) |
| 07/10/2001 | | PLEA of Guilty: Gonzalo Murillo (1) count(s) 1s ; Court will recommend acceptance of plea. (dkt clerk) (Entered: 07/16/2001) |
| 07/11/2001 | 356 | MOTION (PETITION) by USA as to Gonzalo Murillo Jr. for Order Releasing defendant from Custody of the U.S. Marshal to the custody of FBI John Drew and/or DEA Jim Semrick from 7/13/01 to 12/31/01, so that said agents can take defendant into custody for interviewing without the necessity of the presence of a Deputy U.S. Marshal [356-1] referred to Mag. Judge Charles S. Coody (ws) (Entered: 07/12/2001) |
| 07/11/2001 | 357 | ORDER as to Gonzalo Murillo Jr. granting [356-1] motion for Order Releasing defendant from Custody of the U.S. Marshal to the custody of FBI John Drew and/or DEA Jim Semrick from 7/13/01 to 12/31/01, so that said agents can take defendant into custody for interviewing without the necessity of the presence of a Deputy U.S. Marshal as to Gonzalo Murillo (1) ; that John Drew and/or Jim Semrick return said prisoner into the custody of the U.S. Marshals Service when they have finished with him. ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: Counsel, Copies furnished to: USA, USM, USPO, USPTS, RL, CA (ws) (Entered: 07/12/2001) |
| 07/11/2001 | 372 | Courtroom Deputy's Minutes as to Gonzalo Murillo Jr.: Suppression Hearing and Change of Plea. (dkt clerk) (Entered: 07/16/2001) |
| 07/11/2001 | | ** Renoticed document [382-1] relief that the defendant be released and continued under the same conditions imposed by the U.S. Magistrate Judge on 10/14/01. (dkt clerk) (Entered: 07/16/2001) |
| 07/11/2001 | 391 | REPORT AND RECOMMENDATIONS of Mag. Judge Charles S. Coody as to Gonzalo Murillo Jr. Re: Change of Plea, Objections |

| | | [391-1] report and recommendations Copies mailed to: counsel, Copies furnished to: USA, USM, USPO, USPTS (dkt clerk) (Entered: 07/16/2001) |
|---|---|---|
| 07/12/2001 | 366 | ORDER as to Gonzalo Murillo Jr. set Sentencing for for 9:00 10/18/01 for Gonzalo Murillo Jr. at U.S. Courthouse before Judge Ira De Ment in U.S. Courthouse; objections to the PSI Report due in writing to the probation officer on or before 9/26/01; scheduling a telephone conference for the parties with the probation officer for 10:00 a.m. on 9/27/01 ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, defendant, Copies furnished to: USA,PO,PTSO,USM,HC,YG (dkt clerk) (Entered: 07/13/2001) |
| 07/16/2001 | | ** Renoticed document [377-1] report and recommendations Objections (dkt clerk) (Entered: 07/16/2001) |
| 07/16/2001 | | ** Renoticed document [379-1] order (dkt clerk) (Entered: 07/16/2001) |
| 07/16/2001 | | ** Renoticed document [388-1] order (dkt clerk) (Entered: 07/16/2001) |
| 07/18/2001 | | ORAL ORDER directing the U.S. Marshal to provide lunch to the Jury ( Entered by Judge Anthony A. Alaimo ) (dkt clerk) (Entered: 07/19/2001) |
| 07/19/2001 | 403 | ORDER Accepting guilty plea to count 1s; adjudging defendant guilty of such offense as to Gonzalo Murillo Jr. ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, defendant, Copies furnished to: USA, PO, PTSO, USM (dkt clerk) (Entered: 07/19/2001) |
| 09/07/2001 | 440 | MOTION filed under seal by Gonzalo Murillo Jr. for hearing [440-1] referred to Mag. Judge Charles S. Coody (dkt clerk) Modified on 09/07/2001 (Entered: 09/07/2001) |
| 09/07/2001 | 441 | ORDER as to Gonzalo Murillo Jr. granting [440-1] motion as to Gonzalo Murillo (1) set Detention Hearing for 1:30 9/17/01 for Gonzalo Murillo Jr. before Mag. Judge Charles S. Coody in Third Floor Courtroom ( Signed by Mag. Judge Charles S. Coody ), Copies furnished to: counsel, usa, ptso, uspo, usm (sql) (Entered: 09/07/2001) |
| 09/07/2001 | | **Terminated deadlines as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr. (dkt clerk) (Entered: 09/07/2001) |
| 09/13/2001 | | Motion to withdraw as counsel [document #444] referred to Judge DeMent. (sql) (Entered: 09/13/2001) |

| 09/13/2001 | 445 | MOTION by USA as to Gonzalo Murillo Jr. to continue bail hearing [445-1] referred to Mag. Judge Charles S. Coody (dkt clerk) (Entered: 09/13/2001) |
|---|---|---|
| 09/14/2001 | 446 | STAMPED ORDER as to Gonzalo Murillo Jr. granting [445-1] motion to continue bail hearing as to Gonzalo Murillo (1) ( Entered by Mag. Judge Charles S. Coody ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM (dkt clerk) (Entered: 09/14/2001) |
| 09/14/2001 | 447 | ORDER as to Gonzalo Murillo Jr. reset Bond Hearing for for 1:30 9/27/01 for Gonzalo Murillo Jr. at Third Floor Courtroom before Mag. Judge Charles S. Coody ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM,HC,YG,ACE (dkt clerk) (Entered: 09/14/2001) |
| 09/14/2001 |  | **Terminated deadlines as to Gonzalo Murillo Jr. (dkt clerk) (Entered: 09/14/2001) |
| 09/17/2001 |  | Deadline updated as to Gonzalo Murillo Jr., reset Bond Hearing for for 1:30 9/27/01 for Gonzalo Murillo Jr. at Third Floor Courtroom before Mag. Judge Charles S. Coody (dkt clerk) (Entered: 09/17/2001) |
| 09/19/2001 |  | [450-1] CJA 20 Appointment of and Authority to Pay Court appointed Counsel rendered on 9/14/01. (dkt clerk) (Entered: 09/19/2001) |
| 09/19/2001 |  | Bond hearing as to Gonzalo Murillo Jr. set for 1:30 9/27/01 for Gonzalo Murillo Jr. at Third Floor Courtroom before Mag. Judge Charles S. Coody (dkt clerk) (Entered: 09/19/2001) |
| 09/24/2001 | 451 | MOTION (PETITION) by USA as to Gonzalo Murillo Jr. for Order Directing the U.S. Marshal to Release Custody of Defendant into the custody of John Drew, FBI, and/or Scott Tatum, Montgomery Police Department, beginning 9/24/01 through 12/31/01, so that said agents can take such prisoner into custody for interviewing without the necessity of the presence of a Deputy U.S. Marshal and directing said agents to return prisoner into the custody of the U.S. Marshal Services when they have finished with him [451-1] referred to Mag. Judge Charles S. Coody (ws) (Entered: 09/24/2001) |
| 09/25/2001 | 452 | ORDER as to Gonzalo Murillo Jr. granting [451-1] motion for Order Directing the U.S. Marshal to Release Custody of Defendant into the custody of John Drew, FBI, and/or Scott Tatum, Montgomery Police Department, beginning 9/24/01 through 12/31/01, so that said agents can take such prisoner into custody for interviewing without the necessity of the presence of a Deputy U.S. Marshal and directing said agents to return prisoner into the custody of the U.S. Marshal Services when they have finished with him as to Gonzalo Murillo (1) ( Signed by Mag. Judge Charles S. Coody ) |

| | | Copies mailed to: Counsel & Deft, Copies furnished to: USA, USM, USPO, USPTS, RL, CA (ws) (Entered: 09/25/2001) |
|---|---|---|
| 09/27/2001 | 453 | MOTION (STIPULATION) by Gonzalo Murillo Jr. and USA to continue 10/18/01 sentencing hearing [453-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 09/27/2001) |
| 09/27/2001 | | Bond hearing as to Gonzalo Murillo Jr. held before Mag. Judge Charles S. Coody on 9/27/01 (dkt clerk) (Entered: 09/27/2001) |
| 09/27/2001 | 454 | Courtroom Deputy's Minutes as to Gonzalo Murillo Jr.: Re: Bond Hearing. Court Reporter - Jimmy Dickens. (dkt clerk) (Entered: 09/27/2001) |
| 09/28/2001 | 455 | ORDER as to Gonzalo Murillo Jr. denying defendant's motion for release on bond pending sentencing ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: counsel, Copies furnished to: USA, PO, PTSO, USM (dkt clerk) (Entered: 09/28/2001) |
| 10/03/2001 | 456 | ORDER as to Gonzalo Murillo Jr. granting [453-1] motion to continue 10/18/01 sentencing hearing as to Gonzalo Murillo (1) Reset Sentencing for 10:00 a.m. on 11/16/01 for Gonzalo Murillo Jr. at First Floor Courtroom before Judge Ira De Ment in U.S. Courthouse ( Signed by Judge Ira De Ment ) Copies mailed to: Counsel & Defendant, Copies furnished USA, USM, USPO, USPTS, RL, HC, YG (ws) (Entered: 10/04/2001) |
| 10/16/2001 | | TRANSCRIPT filed of bond hearing in case as to Gonzalo Murillo Jr. for dates of 9/27/01 (sql) (Entered: 10/16/2001) |
| 10/19/2001 | | ** Renoticed document [476-1] judgment order parties were not picked. (dkt clerk) (Entered: 10/19/2001) |
| 10/22/2001 | 478 | MOTION by Gonzalo Murillo Jr. for review de nova by U. S. District Judge Ira DeMent of Mag. Judge's denial of bail [478-1] referred to Judge Ira De Ment. (SEALED) (sql) Modified on 10/29/2001 (Entered: 10/22/2001) |
| 10/29/2001 | 481 | SENTENCING NOTICE as to Gonzalo Murillo Jr.; Sentencing set for 10:00 11/16/01 for Gonzalo Murillo Jr. at First Floor Courtroom ; SENTENCING Notice sent to ATTORNEYS David A. Katz for defendant Gonzalo Murillo Jr., Louis V. Franklin Sr. for plaintiff USA, Terry F. Moorer for plaintiff USA ; Copies furnished to: USM,PO,PTSO; mailed to defendant. (dkt clerk) (Entered: 10/29/2001) |
| 10/29/2001 | 485 | ORDER as to Gonzalo Murillo Jr. Response to Motion reset for 11/5/01 for Gonzalo Murillo Jr. for [478-1] motion for review de nova by U. S. District Judge Ira DeMent of Mag. Judge's denial of bail , Sealing motion until further order of the Court ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA (dkt clerk) (Entered: 10/29/2001) |

| 11/02/2001 | 486 | RESPONSE by USA as to Gonzalo Murillo Jr. re [478-1] motion for review de nova by U. S. District Judge Ira DeMent of Mag. Judge's denial of bail referred to Judge Ira De Ment (dkt clerk) (Entered: 11/02/2001) |
|---|---|---|
| 11/06/2001 | 487 | MOTION by Gonzalo Murillo Jr. to submit 1.) Overlong , and 2.) to Seal the response to PSR; motion to downward depart; and sentence recommendation; declaration [487-1] referred to Judge Ira De Ment, [487-2] referred to Judge Ira De Ment (dkt clerk) (Entered: 11/06/2001) |
| 11/06/2001 | 488 | NOTICE of filing under seal by Gonzalo Murillo Jr. with service on government and probation, of response to PSR; motion to downward Depart; sentence recommendation; exhibits. (dkt clerk) (Entered: 11/06/2001) |
| 11/06/2001 | 488 | MOTION by Gonzalo Murillo Jr. filed under SEAL to downward depart [488-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 11/06/2001) |
| 11/09/2001 | 491 | MOTION by USA as to Gonzalo Murillo Jr., Tonianetta D. Jones to continue 11/16/01 sentencing to 1/23/02 [491-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 11/13/2001) |
| 11/13/2001 | 495 | ORDER as to Gonzalo Murillo Jr. denying [478-1] motion for review de nova by U. S. District Judge Ira DeMent of Mag. Judge's denial of bail as to Gonzalo Murillo (1); ADOPTING, APPROVING and AFFIRMING the Magistrate Judge's Order entered 9/28/01 ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM (dkt clerk) (Entered: 11/13/2001) |
| 11/13/2001 | 496 | ORDER as to Gonzalo Murillo Jr., Tonianetta D. Jones granting [491-1] motion to continue 11/16/01 sentencing to 1/23/02 as to Gonzalo Murillo (1), Tonianetta D. Jones (10) reset Sentencing for for 10:00 1/23/02 for Gonzalo Murillo Jr., for Tonianetta D. Jones at First Floor Courtroom before Judge Ira De Ment in First Floor Courtroom ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM,HC,YG (dkt clerk) (Entered: 11/13/2001) |
| 12/28/2001 | 507 | MOTION by USA as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr. to Dismiss Certain Real Property Named in the Forefeiture Allegation of the Indictment [507-1] referred to Judge Ira De Ment (ws) (Entered: 12/28/2001) |
| 01/02/2002 | 511 | SENTENCING NOTICE as to Gonzalo Murillo Jr.; Sentencing set for 10:00 1/23/02 for Gonzalo Murillo Jr. at First Floor Courtroom ; SENTENCING Notice sent to ATTORNEYS David A. Katz for |

| | | defendant Gonzalo Murillo Jr., Terry F. Moorer for plaintiff USA, Louis V. Franklin Sr. for plaintiff USA ; Copies furnished to: USM,PO,PTSO; mailed to deft. (dkt clerk) (Entered: 01/02/2002) |
|---|---|---|
| 01/04/2002 | 516 | ORDER as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr. granting [507-1] motion to Dismiss Certain Real Property Named in the Forefeiture Allegation of the Indictment as to Gonzalo Murillo (1), Willie B. Ferguson (2), Maria G. Gonzalez (3), Reginald A. Moss (4), Demetrius B. Moss (5), Tamara N. Chaney (6), Amelia Glymph (7), Jacqueline D. Akins (8), Laysonya D. Johnson (9), Tonianetta D. Jones (10), Garrett L. Davie (11), Ivory Thomas (12); that the real property named in the forfeiture allegation of the Indictment is dismissed ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM (dkt clerk) (Entered: 01/04/2002) |
| 01/11/2002 | 517 | MOTION by Gonzalo Murillo Jr. to set sentencing on Friday Jaunary 19 or Tuesday January 22, 2002; Declaration [517-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 01/11/2002) |
| 01/15/2002 | 518 | STAMPED ORDER as to Gonzalo Murillo Jr. denying [517-1] motion to set sentencing on Friday Jaunary 19 or Tuesday January 22, 2002; Declaration as to Gonzalo Murillo (1) ( Entered by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: counsel, usa, uspo (sql) (Entered: 01/15/2002) |
| 01/15/2002 | 519 | Return on process receipt and returnby US Marshals Service on service of Rlease of Lis Pendens 1/14/02 by rrrm on Bernice M. Perry as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr. (dkt clerk) (Entered: 01/16/2002) |
| 01/18/2002 | 524 | MOTION by USA as to Gonzalo Murillo Jr. for a downward departure at sentencing [524-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 01/22/2002) |
| 01/24/2002 | 529 | ORDER as to Gonzalo Murillo Jr. (1) reset Sentencing for for 10:00 3/26/02 for Gonzalo Murillo Jr. at First Floor Courtroom before Judge Ira De Ment in First Floor Courtroom , (2) that the persons having custody of defendant are to have him present at said hearing , (3) set Status Conference for 10:00 3/25/02 for Gonzalo Murillo Jr. at In Chambers before Mag. Judge Charles S. Coody in In Chambers , (4) the Government shall file its brief on or before 3/6/02 , (5) the defendant shall file its reply brief on or before 3/13/02 ,(6) that the United States produce Maria Goinzales and make her available for the 3/25/02 hearing at 10:00 a.m. ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, Copies |

| | | furnished to: USA,PO,PTSO,USM,HC,YG,ACE (dkt clerk) (Entered: 01/25/2002) |
|---|---|---|
| 01/24/2002 | 533 | Courtroom Deputy's Minutes of 1/23/02 court proceeding which resulted in sentencing being continued to 3/26/02 as to Gonzalo Murillo Jr.:. (Court Reporter: James R. Dickens) (dkt clerk) (Entered: 01/25/2002) |
| 02/01/2002 | 536 | Government's MEMORANDUM OF LAW by USA as to Gonzalo Murillo Jr. (Exhibit "1" attached.) Referred to Mag. Judge Coody. (dkt clerk) (Entered: 02/01/2002) |
| 02/04/2002 | | Deadline updated as to Gonzalo Murillo Jr., set Sentencing for for 10:00 3/26/02 for Gonzalo Murillo Jr. at First Floor Courtroom before Judge Ira De Ment in First Floor Courtroom . deadline updated to receive docket. (dkt clerk) (Entered: 02/04/2002) |
| 02/06/2002 | 540 | SENTENCING NOTICE as to Gonzalo Murillo Jr.; Sentencing set for 10:00 3/26/02 for Gonzalo Murillo Jr. at First Floor Courtroom ; SENTENCING Notice sent to ATTORNEYS David A. Katz for defendant Gonzalo Murillo Jr., Terry F. Moorer for plaintiff USA, Louis V. Franklin Sr. for plaintiff USA ; Copies furnished to: USM,PO,PTSO (dkt clerk) (Entered: 02/06/2002) |
| 02/26/2002 | | CERTIFICATE OF READINESS of record on appeal mailed to USCA, 11th Circuit and counsel: [515-1] appeal by Ivory Thomas Jr. (kcg) (Entered: 02/26/2002) |
| 03/08/2002 | 543 | NOTICE of arrival of Maria Gonzalez to M/D of Alabama by US Marshals Service as to Gonzalo Murillo Jr. (dkt clerk) (Entered: 03/11/2002) |
| 03/26/2002 | 545 | Courtroom Deputy's Minutes as to Gonzalo Murillo Jr.: at the hearing which was scheduled for sentencing the court REJECTED defendant's plea agreement and allowed the defendant to withdraw his plea of guilty and proceed to trial if that was his desire. Defendant withdrew his guilty plea and agreed to waive speedy trial to have his case set at a term after the May 29, 2002 term. (dkt clerk) (Entered: 03/26/2002) |
| 03/26/2002 | | MOTION in open court by Gonzalo Murillo Jr. to Withdraw Plea of Guilty (dkt clerk) (Entered: 03/26/2002) |
| 03/26/2002 | 546 | WAIVER of Speedy Trial by Gonzalo Murillo Jr. (dkt clerk) (Entered: 03/26/2002) |
| 03/29/2002 | 550 | ORDER as to Gonzalo Murillo Jr. granting [0-0] oral motion to Withdraw Plea of Guilty Gonzalo Murillo (1) count(s) 1s, 4s as to Gonzalo Murillo (1) to Continue in Interests of Justice Time Excluded from 3/29/02 to 7/15/02 , Resetting Jury Selection for 10:00 a.m. on 7/15/02 for Gonzalo Murillo Jr. in First Floor Courtroom before Judge Ira De Ment at U.S. Courthouse , Resetting Jury Trial on 10:00 a.m. on 7/15/02 for Gonzalo Murillo |

| | | |
|---|---|---|
| | | Jr. before Judge Ira De Ment at U.S. Courthouse ( Signed by Judge Ira De Ment ) Copies mailed to: Counsel & Defendant, Copies furnished to: USA, USM, USPO, USPTS, RL, WR, YG, MD (ws) (Entered: 03/29/2002) |
| 04/01/2002 | | ** Renoticed document [550-1] relief to Continue in Interests of Justice Time Excluded from 3/29/02 to 7/15/02; to Attorney Katz who signed up today for FNT. (yg) (Entered: 04/01/2002) |
| 04/02/2002 | | ** Renoticed document [550-4] order to aty Katz, another attempt. (yg) (Entered: 04/02/2002) |
| 04/03/2002 | | ** Renoticed document [550-1] relief to Continue in Interests of Justice Time Excluded from 3/29/02 to 7/15/02, third time; it's not going by fax! (yg) (Entered: 04/03/2002) |
| 04/03/2002 | 551 | NOTICE OF INTERLOCUTORY APPEAL by Gonzalo Murillo Jr. re [550-4] order, to the United States Court of Appeals, Eleventh Circuit. Copies Provided (kcg) (Entered: 04/04/2002) |
| 04/04/2002 | | Notice of appeal and certified copy of docket, Judgments/Orders, and Magistrate Judge recommendations as to Gonzalo Murillo Jr. sent to USCA (11th Circuit): [551-1] appeal (kcg) (Entered: 04/04/2002) |
| 04/04/2002 | | ** Renoticed document [551-1] appeal by Gonzalo Murillo Jr. (kcg) (Entered: 04/04/2002) |
| 04/16/2002 | | USCA Case Number as to Gonzalo Murillo Jr. Re: [551-1] appeal USCA Number: 02-11934-I (kcg) (Entered: 04/16/2002) |
| 04/22/2002 | 554 | Received Notice of Jurisdictional Question from USCA as to Gonzalo Murillo Jr., whether the district court's March 29, 2002, order is immediately appealable? (kcg) (Entered: 04/25/2002) |
| 05/22/2002 | | **Terminated document(s) as to Gonzalo Murillo Jr., Maria G. Gonzalez, Tonianetta D. Jones : terminating [391-1] report and recommendations Objections [391-1] report and recommendations as to Gonzalo Murillo (1), terminating [384-1] report and recommendations Objections [384-1] report and recommendations as to Tonianetta D. Jones (10), terminating [377-1] report and recommendations Objections as to Amelia Glymph (7) (sql) (Entered: 05/22/2002) |
| 05/28/2002 | | REQUEST for Record on Appeal from USCA re: [515-1] appeal by Ivory Thomas Jr. (kcg) (Entered: 05/28/2002) |
| 05/29/2002 | | ** Renoticed document [566-2] order because no bar code was printed. (dkt clerk) (Entered: 05/29/2002) |
| 06/03/2002 | | ACKNOWLEDGEMENT of RECEIPT of RECORD ON APPEAL from USCA Re: [515-1] appeal by Ivory Thomas Jr. USCA Number: 02-10101- (kcg) (Entered: 06/04/2002) |

| 06/24/2002 | 569 | ORDER is issued in lieu of the mandate of the United States Court of Appeals, Eleventh Circuit as to Gonzalo Murillo Jr., that this appeal is DISMISSED for lack of jurisdiction. The district court's March 29, 2002, order is not final and appealable. Before: BLACK, MARCUS and WILSON, Circuit Judges (kcg) (Entered: 06/28/2002) |
|---|---|---|
| 06/25/2002 | | USCA appeal fees received FILING FEE $ 105.00 RECEIPT # 92738 as to Gonzalo Murillo Jr. Re: [515-1] appeal (kcg) (Entered: 06/28/2002) |
| 06/26/2002 | | TRANSCRIPT filed as to Gonzalo Murillo Jr. for dates of 3/26/02 Withdrawal of Guilty Plea Hearing [551-1] appeal (kcg) (Entered: 06/28/2002) |
| 06/28/2002 | | **Terminated pending appeal as to Gonzalo Murillo Jr. [551-1] appeal (kcg) (Entered: 06/28/2002) |
| 07/08/2002 | 573 | TRIAL NOTICE as to Gonzalo Murillo Jr.; Trial set for 10:00 7/15/02 for Gonzalo Murillo Jr. at U.S. Courthouse ; TRIAL Notice to ATTORNEYS David A. Katz for defendant Gonzalo Murillo Jr., Terry F. Moorer for plaintiff USA ; Clothing Notice mailed. (dkt clerk) (Entered: 07/08/2002) |
| 07/08/2002 | 574 | MOTION by Gonzalo Murillo Jr. to continue trial date [574-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 07/08/2002) |
| 07/09/2002 | 575 | ORDER as to Gonzalo Murillo Jr. granting [574-1] motion to continue trial date as to Gonzalo Murillo (1) to Continue in Interests of Justice Time Excluded from 7/9/02 to 9/4/02 , reset Jury Selection for for 10:00 9/4/02 for Gonzalo Murillo Jr. at U.S. Courthouse before Judge Ira De Ment in U.S. Courthouse , reset Jury Trial on 10:00 9/4/02 for Gonzalo Murillo Jr. before Judge Ira De Ment in U.S. Courthouse ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM,MD,YG,WR (dkt clerk) (Entered: 07/09/2002) |
| 07/30/2002 | 579 | ORDER as to Gonzalo Murillo Jr. Setting Change of Plea Hearing for 10:30 a.m. on 8/19/02 for Gonzalo Murillo Jr. before Judge Ira De Ment in Courtroom 2-B, at U.S. Courthouse ( Signed by Judge Ira De Ment ) Copies mailed to: Counsel, Defendant, Copies furnished to: USA, USM, USPO, USPTS, RL, YG, MD (ws) (Entered: 07/30/2002) |
| 08/19/2002 | | Change of Plea Hearing as to Gonzalo Murillo Jr. held before Judge Ira De Ment on 8/19/02. Defendant entered a guilty plea to Count 1s. (dkt clerk) (Entered: 08/19/2002) |
| 08/19/2002 | | PLEA of Guilty: Gonzalo Murillo (1) count(s) 1s ; Court accepts plea.. Court Reporter: James R. Dickens. (dkt clerk) (Entered: 08/19/2002) |

| 08/19/2002 | 581 | Plea Agreement as to Gonzalo Murillo Jr.. Copies furn. to USA, PO, David Katz. (dkt clerk) (Entered: 08/19/2002) |
|---|---|---|
| 08/19/2002 | | Sentencing held before Judge Ira De Ment on 8/19/02 Gonzalo Murillo (1) count(s) 1s. Court Reporter: James R. Dickens. (dkt clerk) (Entered: 08/19/2002) |
| 08/19/2002 | | MOTION in open court by USA as to Gonzalo Murillo Jr. to Dismiss Count 4s (dkt clerk) (Entered: 08/19/2002) |
| 08/19/2002 | | ORAL ORDER as to Gonzalo Murillo Jr. granting [0-0] oral motion to Dismiss Count 4s as to Gonzalo Murillo (1) ( Entered by Judge Ira De Ment ) (dkt clerk) (Entered: 08/19/2002) |
| 08/19/2002 | | DISMISSAL of Count(s) on Government Motion as to Gonzalo Murillo Jr. Terminated motions terminating [488-1] motion to downward depart as to Gonzalo Murillo (1), terminating [487-1] motion to submit 1.) Overlong as to Gonzalo Murillo (1), terminating [487-2] motion to Seal the response to PSR; motion to downward depart; and sentence recommendation; declaration as to Gonzalo Murillo (1), terminating [326-1] motion to Suppress evidence and fruits of wiretaps; memorandum; declaration; exhibits as to Gonzalo Murillo (1), terminating [325-1] motion for Discovery; memorandum; declaration; exhibits as to Gonzalo Murillo (1), terminating [322-1] motion of filing Notice of Motion and Motion to file Motions to Suppress out of time. as to Gonzalo Murillo (1), terminating [321-1] motion to Suppress evidence and fruits of wiretaps. as to Gonzalo Murillo (1), terminating [320-1] motion to Suppress all evidece and all fruits from three searches conducted in and related to this case. as to Gonzalo Murillo (1), terminating [240-1] motion to Suppress as to Gonzalo Murillo (1) Counts Dismissed: Gonzalo Murillo (1) count(s) 4s (dkt clerk) (Entered: 08/19/2002) |
| 08/19/2002 | | ORAL ORDER as to Gonzalo Murillo Jr. granting [524-1] motion for a downward departure at sentencing as to Gonzalo Murillo (1) ( Entered by Judge Ira De Ment ) (dkt clerk) (Entered: 08/19/2002) |
| 08/19/2002 | 582 | Courtroom Deputy's Minutes of 8/19/02 change of plea hearing and sentencing as to Gonzalo Murillo Jr.: (dkt clerk) (Entered: 08/19/2002) |
| 08/21/2002 | 583 | JUDGMENT Gonzalo Murillo (1) count(s) 1s. 108 months imprisonment; the Court recommends that the BOP designate Nellis F.P.C., Nellis, Nevada, as the institution to serve this sentence where Intensive Residential Substance Abuse Treatment is available; 4 years Supervised Release; pay a $100 Special Assessment fee which is due immediately. , Gonzalo Murillo (1) count(s) 1, 3 , 4s . Dismissed ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM,DEFT.,NR (dkt clerk) (Entered: 08/21/2002) |

| 08/21/2002 | | **Case closed as to Gonzalo Murillo Jr., Willie B. Ferguson Jr., Maria G. Gonzalez, Reginald A. Moss, Demetrius B. Moss, Tamara N. Chaney, Amelia Glymph, Jacqueline D. Akins, Laysonya D. Johnson, Tonianetta D. Jones, Garrett L. Davie, Ivory Thomas Jr. (all defendants). party Ivory Thomas party Garrett L. Davie party Tonianetta D. Jones, party Laysonya D. Johnson, party Jacqueline D. Akins, party Amelia Glymph (dkt clerk) (Entered: 08/21/2002) |
| 08/22/2002 | 584 | Arrest WARRANT Returned Unexecuted as to Gonzalo Murillo, Jr. - Arrested on Complaint (ws) (Entered: 08/22/2002) |
| 09/05/2002 | | TRANSCRIPT filed in case as to Gonzalo Murillo Jr. for dates of 8/19/02 - Change of plea and sentence hearing. (James R. Dickens - Court Reporter.) (dkt clerk) (Entered: 09/05/2002) |
| 10/29/2002 | 585 | Judgment Returned Executed as to Gonzalo Murillo Jr.; on 10/18/02 delivered to TCI Taft, CA (ws) (Entered: 10/30/2002) |
| 12/17/2002 | | Received copy of PER CURIAM OPINION entered 11/15/02 of the USCA, 11th Circuit, AFFIRMING. (kcg) (Entered: 12/18/2002) |
| 12/17/2002 | | Record on Appeal returned from U.S. Court of Appeals: [515-1] appeal (kcg) (Entered: 12/18/2002) |
| 12/18/2002 | | **Remove appeal flag - no further appeals pending (kcg) (Entered: 12/18/2002) |
| 03/25/2003 | | Received $25.00 assessment payment by Gonzalo Murillo Jr.; Receipt 36585 (ws) (Entered: 03/25/2003) |
| 10/15/2003 | | Received $25.00 assessment payment from BOP for Gonzalo Murillo Jr.; Receipt #99345 (ws) (Entered: 10/15/2003) |
| 06/06/2006 | 595 | MOTION for default judgment by Gonzalo Murillo, Jr. (Attachments: # 1) [memorandum of authorities](sql, ) (Entered: 07/05/2006) |
| 07/05/2006 | 596 | ORDER denying as moot 595 Motion for default judgment as to Gonzalo Murillo Jr. (1). Signed by Judge Ira De Ment on 7/5/2006. (sql, ) (Entered: 07/05/2006) |
| 08/14/2006 | 597 | Pro Se MOTION to Return Property by Gonzalo Murillo, Jr. (Attachments: # 1 Exhibit A)(kcg, ) (Entered: 08/16/2006) |
| 08/17/2006 | 598 | ORDER TO SHOW CAUSE as to Gonzalo Murillo, Jr on motion to return property filed by defendant. Show Cause Response due by 8/31/2006.. Signed by Judge Ira De Ment on 8/17/2006. (sql, ) (Entered: 08/17/2006) |
| 08/17/2006 | 599 | ORDER TO SHOW CAUSE as to Gonzalo Murillo, Jr why defendant's motion for return of property should not be transferred to the USDC, Central/California, for determination. Show Cause Response due by 8/31/2006.. Signed by Judge Charles S. Coody on 8/17/2006. (sql, ) (Entered: 08/17/2006) |

AO 245B  (Rev. 3/01) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br><br>GONZALO MURILLO, JR. | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number:    2:00CR00126-001<br><br>David A. Katz<br>Defendant's Attorney |

**THE DEFENDANT:**

X   pleaded guilty to count(s)   1s of the superseding indictment.

☐   pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐   was found guilty on count(s) _____
after a plea of not guilty.

**FILED**

**AUG 2 1 2002**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:846 | Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, Cocaine Base and Marijuana. | 9/26/2000 | 1s |

The defendant is sentenced as provided in pages 2 through _____6_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has been found not guilty on count(s) _____

X   Count(s)  4s _____   X is   ☐ are  dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 9/5/1964

Defendant's USM No.:   10694-002

Defendant's Residence Address:

16723 East Edna Place

Covina, CA 91722

Defendant's Mailing Address:

16723 East Edna Place

Covina, CA 91722

August 19, 2002
Date of Imposition of Judgment

_signature_
Signature of Judicial Officer

IRA DE MENT, SENIOR UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

August 21, 2002
Date

EOD 8-21-02

583

AO 245B    (Rev. 3/01) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT:      GONZALO MURILLO, JR.
CASE NUMBER:    2:00CR00126-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total
total term of    108 months                         .

X    The court makes the following recommendations to the Bureau of Prisons:
     That the defendant be designated to Nellis Federal Prison Camp, Nellis, Nevada where Intensive Residential Substance Abuse
     Treatment is available.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐    at _____  ☐ a.m.  ☐ p.m.    on _____ .

     ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐    before 2 p.m. on _____ .

     ☐    as notified by the United States Marshal.

     ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____    to _____

at _____ , with a certified copy of this judgment.

_____
                                        UNITED STATES MARSHAL

By _____
                              DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page ___3___ of ___6___

DEFENDANT:        GONZALO MURILLO, JR.
CASE NUMBER:      2:00CR00126-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term    4 Years. _____ .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of

future substance abuse.

X    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
          Sheet 3C — Supervised Release

Judgment—Page    4    of    6

DEFENDANT:        GONZALO MURILLO, JR.
CASE NUMBER:      2:00CR00126-001

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall participate in drug testing and/or treatment if directed by the probation office. The defendant shall contribute to the cost of any treatment based on ability to pay and availability of third party payments.

The defendant shall submit to a search of his person, residence, office or vehicle pursuant to the search policy of this court.

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page    5    of    6

DEFENDANT:         GONZALO MURILLO, JR.
CASE NUMBER:       2:00CR00126-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0.0 | $ 0.0 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| **TOTALS** | $ _____ | $ _____ | |

☐ If applicable, restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the   ☐ fine and/or   ☐ restitution.

☐ the interest requirement for the   ☐ fine and/or   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B    (Rev. 3/01) Judgment in a Criminal Case    Case 2:00-cr-00126-ID-CSC    Document 583    Filed 08/21/2002    Page 6 of 6
Sheet 6 — Criminal Monetary Penalties

Judgment — Page    6    of    6

DEFENDANT:        GONZALO MURILLO, JR.
CASE NUMBER:    2:00CR00126-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A**    X    Lump sum payment of $ ___100.00___    due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with    ☐ C,    ☐ D, or    ☐ E below; or

**B**    ☐    Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    ☐ E below); or

**C**    ☐    Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**    ☐    Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

**E**    ☐    Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

    Defendant Name, Case Number, and Joint and Several Amount:

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.