IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GONZALO MURILLO, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06v765-ID |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon CONSIDERATION of the Recommendation of the Magistrate Judge, filed September 14, 2006, and Plaintiff Gonzalo Murillo, Jr.'s objection, filed October 3, 2006 (see Doc. Nos. 2-3), and upon an independent review of the file in this case, it is ORDERED that:

1.  Plaintiff's objection be and the same is hereby OVERRULED;

2.  the Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3.  the motion filed by Murillo on August 9, 2006 (Doc. No. 1) be and the same is hereby DENIED and this cause is hereby DISMISSED as Murillo has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive § 2255 motion.

DONE this 4th day of October, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE