Gonzalo: Murillo, Lawful man
c/o #10694-002, Federal Correctional Institution
Post Office Box 3007
1299 Seaside Avenue
Terminal Island, at California
Near [90731]
In Propria Persona

RECEIVED
2006 OCT 23 P 1: 28
DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

IN THE DISTRICT COURT OF THE UNITED STATES

MIDDLE DISTRICT OF THE ALABAMA REPUBLIC

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., Gonzalo: Murillo, in esse, One of the people of the California Republic and the united States of America, <br><br>  Intervenor, <br><br> GONZALO MURILLO, or any and all deviations or variations thereof in spelling of said name, <br><br>  Petitioner, <br><br> vs. <br><br> Terry Moorer, in esse, d/b/a ASSISTANT UNITED STATES ATTORNEY, Representing the UNITED STATES OF AMERICA, in a UNITED STATES DISTRICT COURT, <br><br> Charles S. Coody, in esse, d/b/a UNITED STATES MAGISTRATE JUDGE, <br><br> Ira DeMent, in esse, d/b/a UNITED STATES DISTRICT COURT JUDGE, <br><br> Jane & John Doe's 1-3, COURT CLERK'S, in the UNITED STATES DISTRICT COURT, <br><br>  Respondents/Appellee's. | Case No. _____ <br> Appeal Fr: USDC 2:06-CV-765-ID <br> USDC 2:00-CR-126-N <br><br><br><br><br><br><br> MOTION FOR LEAVE TO FILE A SUPPLEMENTAL PLEADING PURSUANT TO FEDERAL RULES OF APPELLATE PROCEDURE, RULE 22, FOR FRAUD ON DISTRICT COURTS BEHALF |

    COMES NOW, UNITED STATES OF AMERICA, ex rel., Gonzalo: Murillo, in esse, One of the people of the California Republic and the united States of America, as the Intervenor/Appellant and Federal Witness hereat, and as Authorized Representative and Attorney in Fact for the Petitioner, GONZALO MURILLO and Moves this HONORABLE Court with a motion for leave to file a supplemental pleading pursuant to the FEDERAL RULES OF APPELLATE PROCEDURE (F.R.APP.P.), RULE 22.

Page 1

Intervenor/Appellant, without counsel relying on HAINES vs. KERNER, 404 U.S. 519, for less strinent standards of pleading, respectfully requests this Honorable Court to Grant this Intervenor/Appellant leave for this supplemental pleading. In support of this motion the Intervenor/Appellant states:

[1] Intervenor/Appellant presents questions. To this Honorable Court:

A) Did the Federal Government lack Federal Legislative, Territorial or Admiralty Jurisdiction in over the Locus Quo ?

B) Are the Federal Governments Charging Instruments Fatally Defective in this Cause ?

C) Did the Federal Government fail to Establish Federal Interstate Commerce Nexus to this Cause ?

D) Are Title's 18 and 21 UNITED STATES CODE Unconstitutional and if so do said Codes apply to the Intervenor/Appellant and Petitioner ?

E) Are the enhancements unconstitutional as they were never charged in the indictment nor admitted by the Intervenor/Appelant or the Petitioner ?

WHEREFORE, INTERVENOR/APPELANT, prays that this Most HONORABLE COURT grant this Rule 22 Motion. Within a week the Intervenor/Appelant will submit his Brief in Support with evidence Exhibits #I, II and III, 80th and 91st Congressional Records certified with letters.

This motion is in good faith and Intervenor/Appellant asserts FRAUD on the District Court's Behalf, Bad Faith, Malicious prosecution, resulting in Involuntary servitude and unlawful incarceration.

Executed this     day of October 14, 2006.

Respectfully submitted,

/s/ _Gonzalo Murillo Jr_   10-14-06
Gonzalo: Murillo, in esse, All Rights Reserved, Representative for the Petitioner, GONZALO MURILLO
c/o #10694-002, Federal Correctional Institution
Post Office Box 3007
1299 Seaside Avenue
Terminal Island, at Californija
               Near [90731]

In Propria Persona

Page 2