IN IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GONZALO MURILLO, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06v765-ID |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On October 23, 2006, Gonzalo Murillo, Jr., filed a notice of appeal which is construed as containing a motion for certificate of appealability and motion for leave to proceed on appeal *in forma pauperis*. (Doc. No. 6.)

28 U.S.C. § 1915(a) provides that "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." In making this determination as to good faith, the court must use an objective standard, such as whether the appeal is "frivolous," Coppedge v. United States, 369 U.S. 438, 445 (1962), or "has no substantive merit." United States v. Bottoson, 644 F.2d 1174, 1176 (5th Cir. Unit B. May 15, 1981) (per curiam). Moreover, a certificate of appealability may issue only if the applicant "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(1); Fed. R. App. P. 22(b).

Applying these standards, the court is of the opinion, for the reasons stated in the recommendation of the magistrate judge (Doc. No. 2), that Murillo's appeal is without a legal or factual basis and, accordingly, is frivolous and not taken in good faith. See

Rudolph v. Allen, 666 F.2d 519, 520 (11th Cir. 1982) (per curiam).  Furthermore, the court finds that Murillo has failed to make a substantial showing of the denial of a constitutional right.

    Accordingly, it is CONSIDERED and ORDERED that Murillo's motion to proceed on appeal *in forma pauperis* and motion for certificate of appealability be and the same are hereby DENIED and that the appeal in this cause is hereby certified, pursuant to 28 U.S.C. § 1915(a), as not taken in good faith.

    DONE this 25th day of October, 2006.

                          /s/ Ira DeMent
                          SENIOR UNITED STATES DISTRICT JUDGE