IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 27 2006
THOMAS K. KAHN
CLERK

No. 06-15686-B

GONZALO MURILLO, JR.,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

To merit a certificate of appealability, appellant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000). Because he failed to make the requisite showing, the motion for a certificate of appealability, as construed from appellant's "Request for waiver of filing fee rule, waiver of certificate of appealability and appearance application," is DENIED.

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT.

Appellant's motion for leave to file a supplemental pleading is DENIED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: [signature]
Deputy Clerk
Atlanta, Georgia

/s/ Gerald Bard Tjoflat
UNITED STATES CIRCUIT JUDGE