IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-15686-B

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FEB - 1 2007

THOMAS K. KAHN
CLERK

GONZALO MURILLO, JR.,

                             Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

                             Respondent-Appellee.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

Before TJOFLAT and HULL, Circuit Judges.

BY THE COURT:

Appellant has filed a motion for reconsideration of this Court's order dated December 27, 2006, denying a certificate of appealability ("COA"), leave to proceed on appeal in forma pauperis ("IFP"), and leave to file a supplemental pleading. Upon reconsideration, appellant's motion for a COA is DENIED because he has failed to make the requisite showing. See 28 U.S.C. §§ 2253(c)(2), 2254(b)-(c); Gonzalez v. Crosby, 545 U.S. 524, ___, 125 S.Ct. 2641, 2647-48, 162 L.Ed.2d 480 (2005); Slack v. McDaniel, 529 U.S. 473, 484, 120 S.Ct. 1595, 1604, 146 L.Ed.2d 542 (2000).

Appellant's motion for leave to proceed on appeal IFP is DENIED AS MOOT.

Appellant's motion for leave to file a supplemental pleading is DENIED.